June 29, 2005

Ms. Rebecca R. Haywood, Esq.  
700 Grant Street, Ste. 400  
Pittsburgh, PA 15219

Mr. Gerald J. Villella, Esq.  
626 State Street, Rm. 505  
Erie, PA 16501

Mr. George Wallsby  
1177 East Gore Road  
Erie, PA 16504

In Re: Lyons v. Emerick, et al.  
C.V. No. 03-75 Erie

Dear Gentlemen & Ms. Haywood:

Please find enclosed a copy of the Motion for Extension of Time and Objections to Defendant Van Slyke's Motion for Summary Judgment which I had filed in Court on June 17, 2005. The mail room had returned it due to lack of Postage and I am sending it to you now as result. I apologize for any inconvenience that this delay may have created.

Thank you for your attention.

Sincerely,

E Jetson Lyons  
Eric J. Lyons, EX1127  
50 Overlook Drive  
LaBelle, PA 15450

c: Clerk of Courts, Erie  
Attachment: Modified Certificate of Service.  
Enclosures