FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  03/16/2001

On February 22, 2001, surveillance was initiated at CAR CORNER-WELLSBY'S SOUTH ERIE TIRE STORE, 2527 East Avenue, Erie, Pennsylvania (PA) by Special Agent (SA) Shawn F. VanSlyke of the Federal Bureau of Investigation (FBI), Troopers Mark J. Weindorf and Anthony Bozich of the Pennsylvania State Police, Detectives Steve Goozdich, Jeff Greene, and Patrick Haller of the Erie Police Department, and Narcotics Agent Michael Mayer of the Pennsylvania Office of the Attorney General. A black male, identified as ERIC LYONS, driving a green colored Buick, Pennsylvania registration DRL0875, was reported to be at this location. LYONS was being considered as a suspect in a rape that occurred in the City of Erie between February 15-16, 2001. The following is a chronological listing of our observations:

1:10 PM    Surveillance initiated at CAR CORNER-WELLSBY'S SOUTH TIRE STORE

1:21 PM    A green Buick, Pennsylvania registration DRL0875, backs out of the garage at CAR CORNER. The Buick, being driven by a white male, drives around the block and returns to CAR CORNER. The white male, apparently an employee at CAR CORNER, enters the business. (Weindorf/Goozdich/Bozich)

1:25 PM    The Buick, driven by a black male later identified as ERIC LYONS, departs CAR CORNER and proceeds westbound on East 26th Street. (Weindorf/Goozdich/Bozich)

1:26 PM    The Buick arrives at BOB'S IRRESISTIBLE AUTO SALES, 2603 Perry Street, Erie, Pennsylvania (PA). LYONS exits the Buick and enters BOB'S.

The following photographs were taken by Trooper Weindorf using a Canon Rebel 35 millimeter camera with 400 speed film at this location:

Exposure 1:    ERIC LYONS exiting the Buick at BOB'S IRRESISTIBLE AUTO
Exposure 2:    ERIC LYONS walking into BOB'S IRRESISTIBLE AUTO

SEARCH ON BOB'S
SERIALIZED _____ INDEXED _____
FILED _____
JUN 05 2001
FBI - PITTSBURGH

Investigation on  02/22/01  at  Erie, PA

File # 7A-PG-69081 -24                               Date dictated  03/08/2001

by  SAs VANSLYKE, TPRS. WEINDORF, BOZICH, DETS. GREENE, GOOZDICH, HALLER, NA MAYER/MW/mvw

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

7A-PG-69081

Continuation of FD-302 of ___SURVEILLANCE_____, On __02/22/01__, Page __2__

           Exposure 3:   Rear view of the Buick, Pennsylvania registration DRL0875, parked in front of the front doors of BOB'S IRRESISTIBLE AUTO.

1:37 PM    The Buick, driven by LYONS, departs BOB'S IRRESISTIBLE and returns to the CAR CORNER. (Weindorf/Greene/Mayer/Bozich)

1:42 PM    The Buick departs CAR CORNER and proceeds eastbound on East 26th Street. (Greene/Mayer/Bozich)

1:43 PM    The Buick arrives in the parking lot of AMES DEPARTMENT STORE, 2711 Elm Street, Erie, PA, and LYONS enters the store. (Weindorf/Goozdich/Greene/Mayer)  Detective Greene enters AMES DEPARTMENT STORE with LYONS.

           The following photographs were taken by Trooper Mark J. Weindorf using a Canon 35 millimeter camera with 400 speed film in the parking lot of AMES:

           Exposure 1:       Test photo of pavement
           Exposures 2-3:    Passenger side of LYONS' Buick
           Exposures 4-5:    Front view of the Buick
           Exposures 6-7:    Rear view of the Buick
           Exposures 8-9:    Driver's side view of the Buick
           Exposures 10-11:  Inside view of LYONS' Buick

           The roll of film was delivered to Patrolman John Nolan of the Erie Police Department by Trooper Weindorf. Patrolman Nolan then delivered the roll of film to members of the Erie Police Department Identification Unit.

           The following items were observed inside the passenger compartment of LYONS' Buick by Trooper Weindorf. Gym/tote style bags on the back seat, plastic bags filled with unknown items, one unknown stuffed animal in the back seat, a green liquor-type bottle wrapped in a brown paper bag on the floor of the rear passenger compartment.

2:03 PM    LYONS exits AMES', carrying an AMES shopping bag. LYONS departs in the Buick. (Weindorf/Goozdich/Greene)

           While in AMES, LYONS talked with a few employees and purchased a steering wheel cover. (Greene)

FD-302a (Rev. 10-6-95)

7A-PG-69081

Continuation of FD-302 of  **SURVEILLANCE** , On 02/22/01 , Page 3

| Time | Event |
|---|---|
| 2:14 PM | LYONS proceeds to the 200 block of East 22nd Street and parks his vehicle. LYONS is approached and talked to by SA Shawn VanSlyke of the FBI and Detectives of the Erie Police Department. |
| 2:17 PM | Surveillance terminated. |

Pennsylvania registration DRL0875 is registered on a 1994 Buick to ERIC LYONS, 261 East 27th Street, Erie, PA 16504.

| Time | Event |
|---|---|
| 2:18 PM | SA VanSlyke observes LYONS toss a cigarette butt out of his window at 21st and German Streets and requests one of the surveillance units to recover it. The cigarette butt is recovered by Detective Greene (Greene/Mayer) |
| 2:28 PM | The cigarette butt is turned over to SA Curtis. |