IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC LYONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-75E |
| | ) |
| LT. JOSEPH EMERICK, CAPT. JAMES | ) Judge McLaughlin |
| SKINDELL, DET. G. MCSHANE, SHAWN | ) Magistrate Judge Baxter |
| VAN SLYKE, OFFICER J. DIBELLO, | ) |
| CATHY LEOPOLD, GEORGE WELLSBY, | ) |
| and OFFICER McLAUGHLIN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

TO:   Clerk of Court
   United States District Court
   Western District of Pennsylvania

And now comes Megan E. Farrell, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead attorney to be noticed for Defendant Shawn Van Slyke in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorney Rebecca Ross Haywood as counsel for Defendant Van Slyke in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Megan E. Farrell
MEGAN E. FARRELL
Assistant U.S. Attorney, WD PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
PA ID 76972

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

Eric Lyons
EX1127
SCI Fayette

50 Overlook Drive

LaBelle, PA 15450-0999

Gerald J. Villella, Esq.
Office of the Erie City Solicitor
626 State St., Room 505
Erie, PA 16501

George Wellsby
1177 East Gore Rd.
Erie, PA 16504

        /s/ Megan E. Farrell
        MEGAN E. FARRELL
        Assistant U.S. Attorney

Dated: August 4, 2005