34:10
dated - 36:3
Dated - 48:15
day - 26:8, 35:1, 35:2, 38:20, 39:11, 42:25
days - 26:25, 28:2, 28:3, 28:9
deadline - 34:22, 37:3, 42:17
deal - 14:18, 15:16
dealing - 17:24, 36:18
deals - 17:15
decided - 43:11
deem - 9:18
Defendant - 1:21, 2:9, 4:9, 22:2
defendant - 9:17, 9:25, 14:9, 14:15, 33:8, 33:16
Defendant's - 3:15
defendants - 5:4, 5:15, 12:10, 13:19, 14:11, 14:16, 22:4, 33:10, 42:21, 45:4
Defendants - 1:10, 1:17, 2:11, 3:21
delay - 25:22
deliberate - 5:19
deliberately - 6:4
denied - 3:14, 19:20, 19:23, 22:8, 37:4, 42:13, 43:16, 43:19, 43:20
deny - 16:14, 16:15, 16:17, 16:18, 19:23, 19:25
department - 3:3, 9:19, 9:20, 10:5, 12:5, 12:21, 17:2, 18:12, 18:20
depends - 30:24
deposition - 23:22, 40:11, 40:14, 40:15
description - 14:10
Det - 1:6
determination - 24:9
determine - 45:11
diaries - 31:13
Dibello - 1:7, 2:11, 3:22
dictation - 12:25
did - 15:23, 16:16, 19:25, 22:1, 22:24, 24:12, 24:13, 26:2, 32:2, 32:3, 32:15, 33:16, 42:1
Did - 6:25, 22:4, 41:25
didn't - 10:24, 14:3, 18:25, 19:1, 19:23, 22:13, 24:12, 26:22, 26:24, 30:11, 33:8, 33:13, 35:3, 40:15, 40:16, 43:22
different - 17:25
differently - 21:11, 21:21
dig - 24:16
directive - 36:13
directly - 8:21, 8:23, 9:4, 18:1
disagreed - 24:5
discovery - 4:8, 23:3, 40:25, 41:1, 44:11, 44:12
dismiss - 19:1, 26:16
Dismiss - 3:15, 19:6
dismissal - 26:13
dismissed - 25:2
dismissing - 16:8
dispositive - 38:25, 39:17, 39:21, 39:24, 42:16, 42:18, 42:22
distinctively - 24:16
District - 1:1, 24:3, 24:5
Dna - 20:13
Do - 7:7, 9:12, 12:17, 12:18, 13:25, 17:13, 21:14, 25:10, 31:16, 33:23
do - 2:2, 3:23, 4:5, 7:7, 10:7, 10:12, 11:9, 11:18, 13:20,

15:13, 15:14, 15:18, 15:19, 15:21, 19:13, 19:17, 21:7, 23:3, 26:24, 28:3, 28:9, 29:6, 30:2, 33:17, 35:5, 35:13, 35:18, 35:21, 37:4, 38:7, 38:23, 38:24, 39:8, 44:20, 46:17, 47:4, 47:5, 48:5
Docket - 1:4
docket - 25:10, 42:12
document - 3:23, 27:8, 30:23, 32:14, 34:13, 34:14, 42:9, 42:10
Document - 25:14
documentation - 8:11, 8:15, 20:15, 26:2, 26:16
Documents - 36:17
documents - 4:7, 4:13, 4:16, 4:25, 5:2, 5:10, 5:12, 5:18, 5:22, 6:7, 7:7, 8:6, 11:22, 14:21, 22:5, 24:23, 24:25, 27:25, 29:13, 29:16, 29:20, 30:22, 31:16, 33:1, 33:4, 34:19, 36:10, 37:6, 37:19, 40:7, 41:3, 41:9, 41:11, 41:13, 42:3, 44:22, 45:12, 45:23, 46:11, 46:13, 46:14
does - 19:13, 29:22
doesn't - 10:7, 11:22, 14:5, 15:19, 29:22, 41:18, 45:10, 45:21
doing - 25:6
Don't - 13:1
don't - 4:1, 4:19, 7:9, 7:13, 7:14, 8:7, 8:10, 8:25, 10:3, 11:2, 11:3, 11:4, 12:4, 12:8, 12:20, 12:21, 13:7, 13:10, 13:13, 15:12, 15:14, 18:6, 18:7, 20:1, 20:10, 20:24, 21:1, 21:6, 21:8, 21:15, 28:21, 30:8, 31:17, 31:18, 31:19, 31:23, 32:12, 32:13, 32:25, 33:1, 33:4, 35:10, 36:1, 37:6, 37:7, 38:17, 38:21, 41:12, 42:9, 45:6, 46:10
done - 22:6, 22:11, 23:1
down - 5:3, 10:12, 13:4, 33:3
downstairs - 19:3, 37:12
due - 23:20, 26:1, 39:2, 39:5, 39:8
during - 5:14, 10:22, 23:7

E

E - 48:1
each - 7:10
earlier - 23:1
early - 3:19, 23:21
easier - 38:17, 47:4
East - 1:8
either - 26:9, 26:24, 40:16
else - 2:14, 3:8, 3:9, 3:10, 20:20, 37:7, 44:7, 44:19, 44:24, 45:9, 46:8
Emerick - 1:5, 2:7, 2:11, 3:21
emotional - 31:14
End - 11:20
engaged - 41:15
enough - 18:18, 19:16, 24:8, 47:3
entered - 3:14
entitled - 5:22
entry - 42:12
equal - 20:21, 21:18
Equal - 21:8
Eric - 1:3, 1:16, 2:6, 2:20
Erie - 1:8, 1:13, 1:20, 2:6, 10:15, 10:16, 14:11, 35:23, 48:13

Esquire - 1:18, 1:21, 2:9
essence - 24:9, 38:22
et - 2:7, 6:8
ethics - 11:24
even - 8:7, 30:6, 41:22
event - 23:19
eventually - 23:20
every - 26:8
everybody - 47:4
everyone - 2:3, 2:13
everything - 12:12, 24:25, 42:21, 44:6
evidence - 8:9, 16:21, 16:22, 21:17, 23:6, 23:19, 31:5
exact - 25:9
Exactly - 8:5, 11:15
exactly - 38:9
Excellent - 39:15
Except - 18:18
exception - 29:2, 30:20, 43:15, 43:20
excessive - 5:19, 6:3, 6:11, 6:20, 7:22, 8:22, 10:5, 10:20, 11:6, 15:19, 31:5
Excessive - 5:24, 5:25
exculpatory - 21:17
Excuse - 7:20, 20:25, 22:3, 27:12, 43:18
Exhibit - 32:16, 32:21
exist - 8:7
exists - 17:13, 17:23
expense - 4:23
expenses - 46:2
explain - 5:8, 22:21
explaining - 37:2
expungement - 7:12
extension - 26:21, 37:2, 37:3
extent - 6:18
extraordinary - 6:15

F

F - 48:1
facility - 33:24
fact - 5:9
fails - 23:20
failure - 25:21
fall - 3:19
familiar - 40:14
far - 8:9, 10:5, 11:3, 12:13, 19:25, 21:8, 21:9
Fayette - 3:6, 3:7
Fbi - 5:16
February - 18:3, 26:2, 27:4, 34:21
Federal - 1:12, 19:15
federal - 19:12, 19:20
fee - 26:7, 26:9
Ferguson - 1:25
few - 9:9
file - 2:1, 19:5, 22:12, 24:25, 25:4, 25:6, 25:14, 25:21, 25:23, 26:11, 37:11, 39:16, 42:17, 43:1
filed - 3:21, 19:3, 19:4, 25:3, 25:19, 25:25, 26:1, 26:8, 43:15
files - 6:13, 11:4, 13:4, 20:11, 20:13, 28:3, 39:21, 40:2
filing - 24:18, 25:1, 26:7, 26:9
Final - 3:13
final - 9:6, 24:13, 24:15, 24:16, 24:20
find - 7:16, 8:16, 8:18, 11:12, 13:12, 13:13, 21:17, 25:8

fine - 12:3, 38:3, 38:15, 39:1, 40:22
firm - 3:23
first - 2:2, 3:25, 4:4, 4:5, 10:21, 11:2, 24:20, 34:20
First - 19:19, 19:24, 21:15
five - 6:16, 22:24
following - 1:14
foot - 28:21
For - 1:1, 1:16, 1:17, 1:21, 43:10
for - 1:13, 2:4, 3:15, 3:16, 3:20, 4:6, 4:9, 4:14, 4:18, 4:21, 5:2, 5:8, 5:17, 6:6, 6:16, 6:19, 6:24, 7:4, 7:11, 8:6, 9:8, 9:10, 10:15, 10:17, 10:24, 11:11, 12:13, 13:10, 13:11, 13:14, 13:17, 14:2, 14:5, 14:8, 14:21, 18:5, 19:12, 20:8, 22:4, 25:4, 25:15, 25:23, 26:3, 26:12, 26:21, 27:24, 28:25, 29:6, 29:11, 29:13, 29:19, 29:22, 29:23, 30:7, 30:14, 30:17, 30:21, 31:1, 31:9, 31:14, 31:20, 33:4, 34:4, 34:6, 34:12, 34:19, 34:21, 35:7, 35:19, 36:10, 36:12, 36:16, 36:17, 36:21, 41:11, 41:14, 41:19, 42:7, 42:8, 42:9, 42:21, 44:4, 45:11, 46:2, 46:4, 47:4, 48:4
force - 5:19, 5:24, 5:25, 6:3, 6:11, 6:20, 7:22, 8:22, 10:5, 10:20, 11:6, 12:1, 15:19, 31:6
foregoing - 48:6
Form - 46:1
forms - 32:7
forth - 10:6, 32:8
forwarded - 32:18
found - 6:10
Fourth - 18:24
from - 2:5, 2:15, 5:5, 8:10, 9:12, 10:8, 13:1, 14:11, 14:19, 14:20, 15:4, 23:3, 26:3, 26:10, 26:23, 27:10, 34:24, 35:4, 37:1, 41:9, 42:3, 45:4
front - 3:20
funding - 19:13, 19:15

G

G - 1:6
gave - 38:11
generally - 9:1
Generally - 7:4
George - 1:7, 2:9, 13:19, 14:9
Gerald - 1:18
get - 3:16, 3:19, 5:1, 9:12, 10:12, 11:14, 12:16, 13:4, 14:1, 17:5, 17:7, 17:12, 17:22, 24:10, 27:5, 28:3, 29:6, 34:15, 37:2, 37:11, 38:1, 38:25, 40:5, 40:20, 41:25, 43:25, 44:14, 46:5
getting - 17:13, 22:23, 42:3, 44:3, 45:3
give - 11:16, 29:21, 30:22, 31:17, 31:18, 32:13, 33:2, 36:22, 37:19, 38:2, 40:23, 42:17, 43:2, 45:22, 46:20, 46:21
Given - 26:12
given - 15:2
go - 4:14, 4:15, 4:16, 4:25, 5:10, 8:23, 33:18, 35:12, 36:10
Go - 18:11
goes - 7:2, 10:11
going - 2:1, 4:4, 5:12, 8:19,

3

10:2, 11:13, 11:21, 12:18, 13:12, 16:1, 16:21, 18:4, 22:10, 22:13, 29:5, 30:12, 30:25, 38:2, 39:16, 39:21, 40:3, 40:4, 40:23, 41:4, 41:6, 41:10, 41:13, 41:16, 41:18, 42:16, 42:17, 42:21, 45:11, 46:19
  **golden** - 44:23
  **gone** - 5:24, 7:25, 9:7, 9:8, 20:4, 20:5, 20:6
  **good** - 10:8, 13:11, 36:22, 45:13
  **Good** - 44:18
  **goodness** - 45:16
  **Gore** - 1:8
  **got** - 10:22, 10:23, 35:2, 44:14
  **grant** - 37:1
  **Grant** - 1:22
  **granted** - 3:14, 42:13
  **grants** - 19:13, 19:15
  **grievance** - 36:21, 36:25, 37:4
  **ground** - 41:17
  **guarantee** - 13:12
  **guess** - 5:16, 9:7, 18:7, 33:25, 36:16
  **Guessing** - 42:11, 42:12
  **guy** - 13:11

## H

  **had** - 1:14, 12:21, 12:22, 13:3, 15:16, 17:8, 22:8, 22:17, 22:25, 25:1, 27:5, 32:4, 32:5, 32:8, 32:18, 33:17, 34:14, 36:18, 41:22, 43:15
  **hadn't** - 32:10
  **hair** - 5:14
  **hand** - 29:4
  **hand-tied** - 29:4
  **handheld** - 2:23, 2:24
  **handles** - 28:7
  **hands** - 8:4
  **handwrite** - 38:21
  **handwriting** - 38:8, 38:11
  **happen** - 10:24
  **happened** - 8:3, 10:24, 12:22, 24:2, 43:24
  **hard** - 21:25
  **has** - 3:13, 3:23, 5:16, 6:5, 7:10, 10:5, 15:18, 15:21, 23:6, 24:1, 26:21, 27:24, 28:2, 28:4, 31:17, 32:16, 33:5, 39:11, 41:4
  **hasn't** - 5:20, 22:17, 43:10
  **have** - 2:1, 2:8, 3:18, 3:20, 4:1, 4:6, 4:9, 4:22, 5:2, 6:10, 7:7, 7:14, 7:15, 8:25, 9:19, 10:7, 11:3, 11:18, 11:25, 12:4, 12:18, 12:21, 13:1, 13:7, 14:20, 15:14, 15:19, 17:9, 19:5, 19:13, 19:16, 20:11, 20:14, 20:23, 20:24, 21:1, 21:3, 21:6, 21:7, 21:8, 21:10, 24:24, 25:2, 25:13, 25:18, 25:24, 25:25, 26:2, 26:10, 27:13, 28:7, 28:24, 29:22, 30:16, 31:12, 31:16, 31:17, 31:18, 31:19, 31:23, 32:2, 32:12, 32:13, 32:14, 32:16, 32:21, 32:25, 33:1, 33:4, 33:7, 33:8, 33:16, 33:18, 33:20, 35:3, 35:10, 35:12, 35:13, 35:19, 35:21, 36:1, 36:25, 37:4, 37:5, 37:9, 37:14, 37:15, 38:18, 38:19, 38:25, 39:8, 39:10, 39:14, 40:10, 41:13, 42:16, 42:22, 44:18, 44:20,

45:24, 46:1, 46:3, 46:14, 46:21, 46:23, 46:24, 47:5
  **haven't** - 22:6, 22:11, 27:5
  **Haywood** - 1:21, 2:15, 2:18, 2:19, 20:2, 21:23, 23:11, 23:14, 23:16, 26:17, 26:18, 27:3, 27:9, 29:10, 29:15, 29:23, 30:20, 31:4, 31:8, 31:12, 31:18, 35:11, 35:13, 35:15, 35:23, 37:10, 37:13, 37:23, 37:25, 38:8, 38:14, 38:24, 39:3, 39:21, 40:10, 40:20, 41:14, 42:5, 42:23, 44:7, 44:8, 45:9, 47:7
  **Haywood's** - 23:12
  **he** - 5:13, 5:20, 5:21, 6:8, 7:6, 14:5, 14:19, 16:8, 16:11, 16:13, 16:14, 16:16, 16:18, 16:19, 16:20, 18:23, 21:20, 22:9, 22:16, 23:6, 23:7, 24:9, 24:15, 24:16, 24:22, 24:23, 24:24, 24:25, 25:2, 25:24, 25:25, 26:1, 26:2, 26:7, 26:11, 26:15, 26:19, 26:20, 26:21, 28:2, 28:3, 28:4, 28:11, 28:13, 28:24, 29:5, 29:17, 29:21, 29:22, 30:16, 30:19, 30:21, 30:23, 31:20, 38:5, 41:4
  **He** - 5:16, 8:6, 14:4, 15:16, 16:15, 16:17, 22:13, 22:15, 22:17, 22:25, 24:8, 24:12, 24:13, 24:20, 28:15, 28:18, 41:18
  **he'd** - 17:20
  **he'll** - 12:23, 19:9, 46:20
  **He's** - 5:12, 7:6, 8:7, 8:19, 16:15, 28:20, 40:3, 40:4, 41:6, 46:19
  **he's** - 5:17, 6:6, 11:21, 13:10, 16:16, 16:17, 16:18, 16:21, 16:23, 18:4, 18:21, 19:1, 21:16, 28:2, 28:22, 39:21, 41:4, 41:18
  **Health** - 8:9
  **hear** - 6:25, 7:3, 14:3, 22:19, 26:22, 30:11, 39:18
  **heard** - 7:1, 30:15
  **hearing** - 2:5, 42:14
  **Hearing** - 47:10
  **heart** - 45:16
  **Heck** - 20:19
  **heck** - 13:11
  **Hello** - 27:20
  **help** - 19:7, 25:9, 36:23, 36:24
  **Help** - 29:12
  **her** - 27:15, 30:21, 31:2, 31:17, 31:25, 32:1, 34:18, 34:19, 35:16, 35:18, 36:16, 36:22, 39:10
  **Here** - 34:18
  **here** - 2:21, 3:3, 3:9, 3:12, 3:20, 5:4, 5:20, 5:21, 17:25, 19:2, 25:13, 25:18, 33:20, 35:25, 37:7, 38:19, 41:22, 43:8, 44:5
  **Here's** - 14:18, 18:22, 45:14
  **hereby** - 48:5
  **hers** - 23:13
  **him** - 5:7, 5:9, 7:3, 8:23, 14:14, 14:21, 16:13, 22:12, 23:5, 26:5, 27:15, 27:19, 27:25, 28:1, 28:8, 30:13, 30:14, 30:15, 30:20, 30:21, 30:22, 31:6, 31:20, 35:4, 36:19, 37:2, 41:9, 45:17, 45:18, 46:22
  **himself** - 18:14
  **hire** - 47:3
  **His** - 27:17, 43:13

  **his** - 5:8, 5:11, 12:9, 21:17, 22:8, 23:20, 23:22, 23:24, 25:8, 25:21, 26:3, 26:11, 28:3, 28:12, 28:23, 30:15, 31:5, 40:11, 40:25, 41:25
  **histories** - 6:7, 6:9, 6:14
  **history** - 5:18, 5:22, 6:13, 7:13
  **Hold** - 25:5, 25:8
  **Holdnack** - 1:25
  **Honor** - 14:16, 16:3, 16:18, 20:14, 20:25, 23:25, 26:18, 27:9, 29:10, 31:25, 35:15, 37:9, 39:18, 40:10, 43:7, 44:8, 45:9, 47:1, 47:7, 47:8
  **hospital** - 8:22
  **hour** - 28:25, 30:17, 37:19
  **hours** - 30:17
  **how** - 4:13, 4:14, 7:7, 8:9, 8:21, 8:23, 9:23, 11:4, 22:13, 29:11, 30:8, 30:24, 32:18, 37:20, 45:11, 45:15, 46:17
  **How** - 9:17, 9:22, 23:9, 30:1, 30:2, 32:11, 37:22, 41:20
  **However** - 12:4
  **huge** - 2:1
  **Huntington** - 32:2, 32:19, 34:17

## I

  **I** - 2:1, 2:3, 2:8, 2:16, 3:7, 3:20, 3:24, 3:25, 4:9, 4:17, 4:20, 5:5, 5:7, 5:12, 5:15, 5:21, 6:1, 6:8, 6:12, 6:18, 7:1, 7:3, 7:9, 7:10, 7:11, 7:13, 7:14, 8:10, 8:14, 8:20, 9:5, 9:7, 9:9, 9:11, 9:18, 9:20, 10:10, 10:13, 11:1, 11:2, 11:4, 11:16, 12:3, 12:5, 12:6, 12:8, 12:12, 12:16, 12:20, 12:21, 13:3, 13:7, 13:9, 13:11, 14:3, 15:14, 16:7, 16:8, 16:13, 16:19, 16:22, 17:7, 17:8, 17:10, 17:11, 18:2, 18:7, 18:10, 18:14, 18:16, 19:3, 19:19, 20:1, 20:2, 20:10, 20:14, 20:16, 20:17, 21:3, 21:6, 21:7, 21:8, 21:10, 21:11, 21:15, 21:18, 22:6, 22:7, 22:10, 22:11, 22:12, 22:19, 23:2, 23:10, 23:12, 23:16, 23:20, 23:21, 23:22, 24:3, 24:12, 24:16, 25:13, 25:18, 26:18, 27:3, 27:5, 27:15, 28:6, 28:9, 28:21, 29:6, 30:9, 30:11, 30:13, 30:15, 31:2, 31:12, 31:20, 32:2, 32:3, 32:5, 32:6, 32:8, 32:9, 32:10, 32:11, 32:14, 32:15, 32:16, 33:4, 33:6, 33:7, 33:8, 33:9, 33:10, 33:15, 33:16, 33:17, 33:18, 33:20, 33:25, 34:6, 34:15, 34:16, 34:18, 34:23, 35:1, 35:2, 35:3, 35:4, 35:5, 35:12, 35:16, 35:17, 35:18, 35:19, 35:21, 35:23, 36:1, 36:2, 36:9, 36:10, 36:11, 36:16, 36:17, 36:18, 36:21, 36:25, 37:2, 37:4, 37:5, 37:6, 37:9, 37:13, 37:23, 38:7, 38:9, 38:10, 38:12, 38:14, 38:17, 39:3, 39:5, 39:6, 39:8, 39:18, 39:23, 40:10, 40:14, 40:16, 40:21, 41:12, 41:14, 41:16, 41:21, 41:22, 42:1, 42:23, 43:1, 43:22, 44:4, 44:6, 44:14, 44:20, 45:6, 45:14, 45:20, 46:4, 46:7, 46:12, 46:13, 46:16, 47:2, 48:1, 48:4

  **I'd** - 43:7
  **I'll** - 7:15, 8:18, 18:9, 30:13, 35:23, 37:8, 38:19, 38:23, 39:14, 40:21, 45:14
  **I'm** - 2:1, 2:19, 2:20, 2:24, 3:2, 3:3, 3:5, 4:4, 7:9, 9:13, 10:2, 10:9, 13:14, 15:23, 16:1, 16:2, 17:1, 17:13, 17:19, 17:25, 18:6, 18:10, 22:23, 24:19, 25:6, 26:21, 32:9, 34:16, 35:7, 35:13, 38:1, 40:14, 40:23, 41:12, 41:21, 41:22, 41:23, 42:17
  **I've** - 5:11
  **idea** - 7:7
  **identify** - 2:3
  **If** - 6:23, 10:7, 12:14, 13:20, 13:22, 14:18, 16:7, 31:23, 32:12, 34:15, 38:24, 39:16, 40:20, 45:20, 45:22, 46:21
  **if** - 4:13, 5:9, 6:8, 6:20, 7:13, 7:15, 8:7, 9:11, 9:18, 12:22, 13:10, 13:16, 13:20, 13:22, 14:5, 14:7, 14:20, 16:11, 16:15, 16:16, 16:17, 16:18, 16:20, 17:8, 17:9, 17:12, 17:13, 17:23, 19:16, 20:10, 20:19, 21:14, 21:20, 23:3, 24:10, 26:6, 28:9, 29:24, 30:4, 30:16, 30:20, 30:21, 32:9, 32:10, 35:20, 35:22, 37:18, 38:13, 38:16, 38:18, 39:20, 40:2, 44:23, 45:3, 45:15, 45:16, 46:3, 46:13, 46:19
  **Ifp** - 25:24, 26:4, 26:9
  **in** - 2:2, 2:19, 3:1, 3:3, 3:5, 3:14, 3:18, 3:20, 4:6, 4:7, 4:14, 4:16, 5:6, 5:9, 5:20, 6:9, 6:16, 7:10, 7:21, 9:17, 9:25, 10:3, 10:20, 10:21, 10:24, 11:3, 11:4, 11:17, 12:1, 12:5, 12:22, 13:12, 13:13, 13:14, 14:1, 14:4, 15:3, 15:8, 15:10, 16:5, 16:21, 17:6, 17:11, 17:13, 18:23, 18:24, 19:7, 20:15, 21:4, 21:12, 21:21, 21:23, 22:7, 22:16, 22:17, 23:19, 24:9, 25:4, 25:14, 25:22, 26:25, 27:1, 27:3, 27:25, 28:3, 28:18, 28:24, 29:10, 29:24, 30:16, 31:25, 32:4, 32:12, 32:16, 33:2, 33:11, 34:18, 35:23, 36:24, 37:18, 39:17, 39:22, 40:4, 41:15, 42:13, 43:11, 43:14, 44:22, 45:18, 48:4, 48:7
  **In** - 2:7, 19:9, 26:4, 37:21
  **Inc** - 1:25
  **incarcerated** - 4:24
  **incident** - 31:13
  **include** - 18:4, 18:19, 42:23
  **incomplete** - 13:5
  **indifference** - 5:19
  **indigent** - 36:14
  **individual** - 5:15, 5:23, 6:9, 7:4, 14:17
  **individuals** - 6:3, 7:15
  **information** - 9:12, 9:23, 11:10, 11:19, 21:2, 21:3, 21:7, 21:9, 21:10, 21:12, 24:9, 24:11
  **initial** - 26:6
  **initially** - 22:9
  **injured** - 11:6
  **inmate** - 28:8, 36:2
  **Inmate** - 28:9
  **inmates** - 30:3
  **instance** - 6:19
  **instead** - 25:1
  **institution** - 12:23

4

instruction - 26:5, 26:10, 32:22
insurance - 11:9
intend - 22:12, 23:22
intending - 23:21
internal - 6:13, 9:10, 9:14
interrogatories - 23:6, 23:12, 23:16, 26:20, 27:3, 27:7, 27:24, 37:15, 37:21, 39:25, 40:20, 41:7
interrogatory - 11:23
into - 11:21, 14:19, 20:9
investigated - 21:4
investigations - 6:14
invoices - 10:14, 11:1, 11:4, 11:5
involved - 15:3, 15:6, 15:10, 20:15, 21:12, 47:4
involving - 15:21, 17:4, 21:10
irrelevant - 9:11, 9:15
Irresistible - 14:12, 15:8, 15:13, 15:15, 15:17, 17:3, 17:10, 18:15
is - 2:2, 2:4, 2:6, 2:14, 3:18, 4:14, 5:4, 5:24, 5:25, 6:2, 6:12, 7:6, 7:17, 7:18, 7:21, 7:25, 8:9, 8:20, 9:1, 9:4, 9:15, 9:16, 9:17, 10:13, 11:2, 12:3, 13:22, 14:8, 14:9, 14:12, 15:2, 16:3, 16:7, 16:22, 17:24, 18:18, 20:1, 20:6, 20:21, 21:8, 21:12, 21:24, 22:16, 25:6, 26:14, 26:17, 27:1, 27:10, 27:11, 27:23, 28:4, 28:21, 29:4, 30:8, 32:21, 33:20, 33:21, 34:10, 34:11, 36:12, 36:14, 38:4, 38:19, 38:22, 38:24, 40:4, 40:12, 42:12, 43:13, 44:21, 45:11, 45:15, 46:5, 48:6
Is - 2:25, 3:10, 7:22, 14:15, 18:22, 21:23, 29:17, 33:11, 34:14, 46:8
isn't - 8:17, 29:3, 45:22
issue - 5:13, 5:20, 5:21, 9:1, 19:24, 23:18, 23:23, 24:1, 31:13, 36:17, 36:18, 37:9, 40:1, 42:18, 42:20
issues - 10:13, 23:17
It - 1:12, 13:5, 28:9, 30:6, 33:24, 36:11, 39:8, 43:16, 43:19, 45:9, 47:3
it - 3:18, 4:13, 4:14, 5:1, 6:1, 6:4, 6:20, 7:14, 8:3, 8:17, 9:18, 9:21, 9:23, 10:7, 12:16, 13:15, 16:14, 16:15, 16:16, 16:17, 16:18, 16:25, 17:12, 17:20, 17:23, 18:2, 18:21, 21:24, 24:4, 24:10, 24:20, 25:2, 25:3, 25:4, 25:13, 25:15, 26:15, 29:6, 30:8, 30:24, 32:12, 32:13, 32:16, 32:18, 32:19, 32:20, 33:6, 33:11, 33:21, 34:2, 34:5, 34:6, 34:7, 34:8, 34:9, 34:11, 34:16, 34:23, 34:24, 34:25, 35:1, 35:2, 35:3, 35:18, 35:21, 35:25, 36:10, 37:11, 37:12, 38:13, 38:21, 39:14, 39:22, 40:21, 41:5, 42:14, 43:1, 43:10, 43:16, 43:24, 43:25, 44:3, 45:17, 45:24, 46:2, 46:3, 46:4, 46:5, 46:6, 46:21, 46:23
It's - 12:22, 13:9, 20:12, 31:4, 46:15
it's - 3:17, 12:6, 13:14, 13:16, 15:2, 17:12, 17:18, 17:19, 21:18, 21:25, 30:4, 32:10, 35:20, 42:12, 45:3,
45:16, 46:3
Items - 34:3
items - 31:10, 34:1

**J**

J- 1:7, 1:18
jacket - 7:10
James- 1:5
January- 18:3
Jenkin- 27:18, 27:20, 27:21, 27:22, 28:6, 28:13, 28:17, 28:20, 29:2, 29:8, 29:18, 30:1, 30:3, 30:6, 30:10
Jerry- 2:10
Jetson- 1:3, 1:16
join - 39:17, 39:22, 40:3, 40:4
Joseph- 1:5, 2:7
judge - 22:8
Judge- 1:12, 23:15, 24:3, 24:5, 27:23
judge's - 43:11
judgment - 22:8, 22:10, 23:23
Judgment- 3:16
jumbled - 13:5
June- 43:2
jury - 11:17
just - 11:7, 11:11, 13:17, 17:11, 19:16, 22:24, 28:2, 29:6, 29:14, 30:5, 32:14, 37:10, 37:15, 38:21, 40:16, 43:24, 44:4, 45:16, 46:5, 47:3

**K**

kahuna - 43:14
Kathy- 1:7
Kaufman- 34:12
Kay- 1:13, 1:24, 48:4, 48:12
keep - 5:6, 12:5, 22:1, 29:4, 43:14, 45:17
kept - 7:11
kind - 8:15, 9:20, 42:3
knew - 25:25, 26:1
know - 3:8, 7:9, 7:13, 7:15, 8:10, 9:5, 11:3, 11:4, 11:13, 12:5, 12:20, 12:21, 13:7, 13:10, 13:13, 13:20, 13:23, 14:5, 16:24, 18:2, 19:16, 20:1, 20:10, 20:24, 21:1, 21:14, 21:15, 22:13, 25:10, 28:9, 28:21, 30:9, 33:23, 36:21, 38:18, 40:15, 42:9, 43:25, 44:21, 45:3, 45:20, 46:4
knowing - 7:14
knowledge - 12:19

**L**

large - 8:25
last - 22:22
late - 3:18
later - 25:3
law - 3:22
lawsuit - 4:12, 15:3
leave - 25:24, 26:3, 26:12
led - 26:11
left - 6:2, 7:18, 7:21, 16:4, 26:15
legal - 28:12, 28:22, 34:4, 36:12
Leopold- 1:7, 7:25, 9:7, 10:23
less - 11:23
Let- 14:23, 22:1, 27:19, 32:13
Let's- 25:15
letter - 26:23, 32:18

lie - 16:19
lieutenant - 28:7
Lieutenant- 2:7
life - 47:4
like - 2:3, 3:22, 6:19, 14:21, 16:19, 29:8, 33:21, 35:21, 37:3, 37:16, 38:7, 38:9, 38:10, 38:12, 38:16, 43:7, 45:21, 46:12, 46:13
limit - 38:9, 38:10
limitations - 23:18, 23:19, 23:23, 23:25, 25:22, 26:14, 31:3, 31:4, 32:2, 40:1, 40:7, 42:20
limited - 8:25, 31:2
line - 3:10
list - 5:11
listening - 2:4, 2:14, 18:10
litigant - 26:11
litigation - 46:2
little - 30:6, 38:2
location - 33:25
long - 22:18
longer - 32:19
look - 8:12, 11:21, 14:19, 33:19, 35:19, 36:17, 37:8
looked - 20:9
looking - 5:11, 10:24, 13:10, 13:14, 17:9, 18:5, 24:22, 25:4, 25:12, 25:15, 35:7, 44:22
Looking- 20:8
looks - 33:21, 40:2
lot - 5:18, 6:6, 10:22, 11:22, 31:1, 38:12, 45:21, 46:6
low - 7:3
Lpn- 1:7
Lt- 1:5
Ltsu- 3:6
Lyon- 4:9, 23:4
Lyons- 1:3, 1:16, 2:7, 2:20, 2:22, 2:24, 3:2, 3:4, 3:5, 3:9, 4:5, 6:25, 7:1, 7:20, 7:24, 8:2, 8:5, 8:14, 8:16, 9:6, 9:14, 9:18, 10:1, 10:10, 10:18, 10:21, 11:7, 11:11, 11:15, 11:20, 12:12, 12:20, 12:24, 13:3, 13:7, 13:13, 14:3, 14:16, 14:22, 15:5, 15:16, 15:21, 15:25, 16:3, 16:7, 16:13, 16:17, 16:22, 17:1, 17:7, 17:15, 17:17, 17:19, 17:21, 17:24, 18:6, 18:9, 18:12, 19:11, 19:18, 19:23, 20:5, 20:7, 20:12, 20:14, 20:21, 20:25, 21:3, 21:6, 21:24, 22:3, 22:6, 22:19, 23:10, 23:12, 23:25, 24:3, 24:7, 24:12, 24:15, 24:22, 25:6, 25:10, 25:13, 25:16, 25:18, 26:23, 27:1, 27:5, 27:12, 27:14, 27:16, 27:18, 27:24, 28:10, 29:19, 30:9, 30:11, 30:25, 31:9, 31:25, 32:15, 32:24, 33:6, 33:12, 33:15, 33:23, 34:2, 34:5, 34:13, 34:23, 35:8, 35:12, 35:16, 36:4, 36:6, 36:9, 36:15, 36:21, 36:24, 37:8, 37:17, 37:21, 38:3, 38:7, 38:19, 38:23, 39:1, 39:5, 39:8, 39:12, 39:14, 39:18, 39:24, 40:3, 40:8, 40:13, 40:14, 40:18, 40:22, 41:2, 41:6, 41:10, 41:20, 42:1, 42:6, 42:19, 42:25, 43:3, 43:5, 43:7, 43:10, 43:15, 43:18, 43:20, 43:22, 44:2, 44:4, 44:9, 44:10, 44:12, 44:14, 44:17, 44:20, 44:25, 45:2, 45:11, 45:13, 45:21, 45:24, 45:25, 46:7, 46:12, 46:17, 46:25, 47:8

**M**

ma'am - 27:22, 28:6, 28:13, 28:17, 29:3, 30:10, 37:17, 45:2
machine - 32:3, 33:9, 33:17
made - 3:24, 5:16, 5:20, 13:19, 13:23, 14:11, 14:19, 14:20, 14:22, 15:7, 18:1, 18:13, 18:14, 19:19, 22:9, 32:9
mail - 32:17, 34:4, 34:7, 34:23, 35:2, 36:12
mailed - 34:6, 34:25, 35:1
mainly - 31:3
make - 5:21, 14:7, 18:10, 24:9, 24:10, 29:2, 29:19, 29:21, 30:4, 30:19, 34:16, 34:17, 34:18, 35:22, 35:24, 38:5
makes - 47:4
man - 38:4, 38:5
manager - 3:2, 3:5, 27:16, 32:7, 35:4, 36:6, 36:18, 38:5
Manel - 9:2
manner - 21:21
manual - 11:24, 11:25, 12:3
many - 7:7, 21:25, 30:24, 37:20, 37:22
March - 24:13, 33:21, 39:3, 42:14, 43:17, 43:19
matter - 48:7
May - 1:12, 27:15, 42:17, 43:1
may - 5:2, 5:21, 6:21, 8:6, 40:5, 45:10, 45:21, 46:4
maybe - 28:21
Mclaughlin - 1:9, 2:11, 3:22, 23:15
Mcshane - 1:6, 2:12, 2:13, 3:22
me - 2:4, 2:14, 3:20, 5:8, 7:20, 14:23, 15:3, 20:25, 21:11, 21:13, 22:1, 22:3, 22:9, 22:22, 23:15, 23:20, 24:17, 24:23, 26:20, 27:12, 27:19, 28:2, 28:17, 29:10, 29:12, 31:18, 32:13, 33:13, 33:14, 34:25, 35:1, 37:1, 38:5, 38:11, 40:9, 40:20, 41:11, 42:5, 43:18, 45:10
Me - 42:19
mean - 9:20, 16:19, 34:16
means - 42:2, 42:7, 46:1
medical - 31:19
member - 36:2
might - 8:12, 15:1, 23:5, 38:17
Might - 45:18
Mike - 27:18
mind - 5:6, 12:5, 43:14
minute - 25:8
missing - 13:5
mistreated - 23:7
mixed - 22:23
money - 11:14, 19:17, 34:21, 46:16
months - 9:9, 29:6
more - 11:23, 13:17, 24:11, 26:15, 38:2, 41:19, 42:22
most - 24:19, 30:11
Motion - 3:15, 3:20, 19:5, 42:8
motion - 22:25, 23:23, 25:23, 26:3, 26:9, 26:12, 33:12, 38:25, 39:17, 39:21, 39:24, 42:16, 42:18
motions - 42:22
Motions - 3:15

**Move** - 19:11, 20:7
**move** - 3:12, 18:25, 19:1
**moving** - 3:17, 3:19, 38:25, 45:17
**Mr** - 2:12, 2:20, 2:22, 2:24, 3:2, 3:4, 3:5, 3:9, 3:25, 4:5, 5:7, 5:11, 5:25, 6:2, 6:6, 6:18, 6:23, 6:25, 7:1, 7:2, 7:4, 7:9, 7:20, 7:24, 8:1, 8:2, 8:5, 8:6, 8:14, 8:16, 8:18, 9:3, 9:6, 9:9, 9:14, 9:18, 10:1, 10:10, 10:18, 10:21, 11:7, 11:11, 11:15, 11:16, 11:20, 11:25, 12:8, 12:12, 12:14, 12:20, 12:24, 12:25, 13:3, 13:7, 13:9, 13:13, 13:22, 13:23, 14:1, 14:3, 14:14, 14:16, 14:22, 14:25, 15:5, 15:6, 15:9, 15:10, 15:14, 15:16, 15:21, 15:25, 16:3, 16:7, 16:10, 16:11, 16:13, 16:17, 16:22, 16:25, 17:1, 17:3, 17:6, 17:7, 17:15, 17:16, 17:17, 17:19, 17:21, 17:24, 18:1, 18:4, 18:6, 18:9, 18:12, 18:13, 18:15, 18:20, 18:22, 18:25, 19:1, 19:3, 19:5, 19:7, 19:9, 19:11, 19:12, 19:18, 19:23, 20:5, 20:7, 20:8, 20:12, 20:14, 20:19, 20:21, 20:25, 21:3, 21:6, 21:15, 21:20, 21:24, 22:3, 22:6, 22:11, 22:19, 22:25, 23:4, 23:5, 23:10, 23:12, 23:25, 24:3, 24:7, 24:12, 24:15, 24:22, 25:6, 25:10, 25:13, 25:16, 25:18, 26:23, 27:1, 27:5, 27:12, 27:14, 27:16, 27:18, 27:20, 27:21, 27:22, 27:24, 28:6, 28:13, 28:17, 28:20, 29:2, 29:8, 29:18, 29:19, 30:1, 30:3, 30:6, 30:9, 30:10, 30:11, 30:25, 31:9, 31:25, 32:15, 32:24, 33:6, 33:12, 33:15, 33:23, 34:2, 34:5, 34:13, 34:23, 35:8, 35:12, 35:16, 36:4, 36:6, 36:9, 36:15, 36:21, 36:24, 37:8, 37:17, 37:21, 38:3, 38:7, 38:19, 38:23, 39:1, 39:5, 39:8, 39:12, 39:14, 39:16, 39:18, 39:23, 39:24, 40:3, 40:5, 40:8, 40:9, 40:13, 40:14, 40:18, 40:22, 40:23, 40:25, 41:2, 41:6, 41:10, 41:12, 41:20, 41:21, 42:1, 42:6, 42:19, 42:25, 43:3, 43:5, 43:7, 43:10, 43:15, 43:18, 43:20, 43:22, 44:2, 44:4, 44:9, 44:10, 44:12, 44:14, 44:17, 44:20, 44:25, 45:2, 45:5, 45:6, 45:7, 45:8, 45:10, 45:11, 45:13, 45:15, 45:18, 45:21, 45:24, 45:25, 46:7, 46:9, 46:12, 46:17, 46:21, 46:25, 47:2, 47:8
**Ms** - 2:15, 2:18, 2:19, 20:2, 21:23, 22:15, 22:17, 23:10, 23:11, 23:12, 23:14, 23:16, 26:17, 26:18, 27:3, 27:9, 29:10, 29:15, 29:23, 30:20, 31:4, 31:8, 31:12, 31:18, 35:11, 35:13, 35:15, 35:23, 37:10, 37:13, 37:23, 37:25, 38:8, 38:14, 38:24, 39:3, 40:10, 40:20, 42:11, 42:23, 44:7, 44:8, 45:9, 47:7
**much** - 4:1, 5:1, 30:1, 30:2, 30:8, 38:2, 45:15, 45:16
**mumbling** - 22:20
**Municipal** - 1:19
**My** - 19:18, 20:21, 27:23, 29:15, 36:13
**my** - 2:2, 2:7, 2:8, 3:13, 13:4, 13:15, 15:11, 15:17, 15:21, 15:22, 15:25, 16:8, 18:22, 24:5, 25:6, 26:19, 27:1, 27:6, 33:18, 34:3, 35:12, 35:17, 35:19, 36:12, 37:4, 37:8, 38:8, 38:10, 38:11, 48:6
**myself** - 35:19

### N

**N** - 48:1
**name** - 27:17, 27:23
**named** - 5:17, 13:19, 14:11
**Nancy** - 10:23
**narrow** - 5:13, 10:12
**necessarily** - 10:1
**necessary** - 25:23, 26:3
**need** - 3:25, 4:19, 5:1, 5:4, 10:16, 11:9, 15:4, 21:12, 23:3, 29:15, 36:15, 44:19, 44:23
**needed** - 35:5
**needs** - 19:7, 36:9
**negative** - 7:12
**next** - 18:3, 23:21, 42:10
**no** - 3:9, 6:3, 10:8, 13:11, 17:10, 32:3, 32:19, 34:10, 38:13, 41:22, 45:6
**No** - 1:4, 1:7, 2:19, 9:14, 15:14, 15:25, 17:1, 18:7, 19:18, 22:6, 24:2, 35:15, 39:5, 41:8, 42:20, 44:8, 44:10, 45:8, 46:1, 46:9, 46:12
**non** - 6:24
**non-work-related** - 6:24
**Not** - 10:1
**not** - 4:13, 5:16, 5:20, 9:1, 9:2, 9:7, 9:16, 9:25, 10:3, 11:2, 12:7, 12:10, 13:12, 13:14, 14:8, 14:16, 15:3, 16:4, 17:11, 17:25, 19:25, 21:16, 24:2, 25:24, 25:25, 26:2, 28:9, 29:23, 32:2, 32:9, 33:7, 33:10, 33:16, 34:16, 35:18, 35:20, 36:3, 38:2, 39:18, 41:12, 41:13, 41:21, 44:25, 45:16, 45:21, 46:3, 46:6, 46:9
**Notary** - 1:13, 48:13
**notation** - 32:15, 33:7, 35:17
**notes** - 31:13, 48:7
**nothing** - 15:14
**November** - 32:20
**now** - 5:7, 5:21, 25:15, 33:11, 40:17, 44:20, 46:9
**Now** - 2:13, 3:12, 4:24, 9:4, 23:3, 34:16, 35:19, 42:16
**Number** - 9:4, 14:10, 17:6, 17:13, 17:15, 18:18, 19:11
**number** - 2:6, 6:12, 7:6, 25:10, 33:4, 33:24, 42:9, 42:10
**numbers** - 5:2
**Nurse** - 7:25, 9:7

### O

**O** - 48:1
**oath** - 16:15, 16:16, 16:17, 16:18
**objection** - 14:7
**objections** - 25:19
**obtain** - 32:11
**obviously** - 31:19
**occurrences** - 6:15
**of** - 1:12, 1:14, 3:2, 3:5, 3:18, 3:20, 3:23, 4:3, 4:4, 4:7, 4:18, 4:20, 5:2, 5:5, 5:10, 5:12, 5:13, 5:14, 5:18, 5:22, 6:6, 6:7, 6:14, 6:16, 6:20, 7:10, 7:12, 7:14, 8:4, 8:15, 8:24, 9:15, 9:20, 10:5, 10:12, 10:14, 10:15, 10:16, 10:20, 10:22, 10:23, 10:25, 11:2, 11:18, 11:22, 11:24, 12:1, 12:14, 12:15, 12:16, 12:19, 13:8, 13:11, 13:18, 13:19, 14:2, 14:5, 14:10, 14:12, 14:17, 14:19, 15:11, 15:22, 17:10, 18:3, 18:23, 19:9, 19:19, 20:15, 20:16, 20:23, 21:4, 21:12, 21:17, 22:5, 22:22, 23:17, 23:18, 23:19, 23:23, 23:24, 23:25, 24:17, 25:1, 25:2, 25:21, 25:22, 26:4, 26:6, 26:10, 26:13, 26:14, 27:8, 27:24, 28:11, 28:21, 29:10, 29:13, 29:20, 29:21, 30:11, 30:21, 30:23, 31:3, 31:4, 31:15, 31:20, 31:21, 32:1, 32:5, 32:17, 33:3, 33:17, 34:9, 34:15, 34:16, 35:10, 35:14, 35:17, 36:13, 36:16, 36:22, 37:2, 37:3, 37:11, 37:20, 38:10, 38:11, 38:12, 38:22, 40:1, 40:5, 40:6, 41:11, 41:25, 42:3, 42:14, 42:20, 44:14, 45:16, 45:23, 45:25, 46:1, 46:2, 46:20, 48:5, 48:6
**Of** - 1:1
**office** - 3:5, 4:15, 29:15, 32:20, 32:23, 34:25, 43:25
**Office** - 1:18, 1:22, 2:16
**Officer** - 1:7, 1:9
**officer** - 3:3, 41:23
**officers** - 5:15, 5:23, 6:16, 7:5, 8:4, 15:7
**officers'** - 6:9
**offices** - 1:12
**officials** - 25:22
**often** - 8:17
**Oh** - 36:22, 44:14
**oh** - 9:7
**okay** - 6:17, 6:18, 13:17, 17:23, 33:5, 40:7
**Okay** - 12:24, 17:21, 21:5, 29:8, 30:25, 32:25, 33:6, 37:13, 38:3, 38:23, 40:18, 40:22, 42:2, 42:7, 43:3, 43:6, 44:2, 44:6, 44:15, 44:25, 46:7, 46:8, 46:16, 46:25
**old** - 3:17
**on** - 1:12, 2:20, 2:22, 2:24, 3:10, 3:13, 4:2, 5:13, 9:4, 10:8, 10:20, 11:16, 14:6, 14:7, 14:18, 14:24, 15:2, 17:20, 18:21, 18:23, 19:2, 19:11, 19:24, 20:7, 21:7, 21:9, 22:6, 22:9, 22:24, 23:15, 23:23, 24:13, 25:5, 25:8, 25:22, 26:1, 26:13, 26:16, 26:20, 26:21, 28:4, 28:25, 29:12, 29:17, 30:12, 30:18, 30:24, 31:9, 31:10, 31:16, 32:1, 32:15, 33:3, 33:7, 33:23, 34:6, 34:7, 34:9, 34:10, 34:21, 35:1, 35:2, 35:5, 35:17, 35:18, 36:17, 37:3, 37:9, 37:10, 38:1, 38:15, 39:5, 39:8, 39:21, 39:24, 40:6, 42:18, 43:16, 43:19, 43:22, 44:11, 44:12, 46:23
**On** - 24:15, 40:1
**one** - 3:9, 4:12, 7:17, 8:13, 10:8, 11:8, 16:1, 16:20, 22:9, 22:12, 22:23, 24:20, 24:24, 28:20, 33:10, 34:5, 36:9, 40:2, 43:7, 45:9
**ones** - 41:8
**only** - 6:2, 15:16, 16:7, 16:10, 17:22, 33:1
**open** - 26:15
**opportunities** - 27:5
**or** - 2:23, 4:14, 4:17, 5:17, 6:5, 6:10, 9:19, 10:5, 10:6, 10:14, 10:19, 10:24, 11:1, 11:4, 11:23, 12:10, 12:15, 21:16, 21:17, 26:1, 26:9, 27:8, 27:15, 28:25, 30:17, 31:13, 33:5, 37:19, 41:11, 41:23
**Or** - 6:5
**order** - 5:5, 5:9, 9:6, 14:8, 24:13, 24:15, 24:16, 24:20, 43:13, 46:4
**Order** - 3:13, 3:21, 42:8
**original** - 32:4, 32:5, 32:8, 33:14, 33:22
**originals** - 33:15
**other** - 4:1, 7:14, 20:8, 21:9, 25:3, 36:17, 37:6, 45:9
**otherwise** - 24:6
**our** - 25:14, 28:6, 37:11
**out** - 7:16, 8:8, 8:18, 10:13, 11:12, 13:11, 13:15, 19:9, 19:22, 20:6, 24:16, 26:17, 28:14, 29:12, 34:6, 34:8, 34:23, 35:1, 36:10, 44:14
**over** - 45:19
**own** - 4:22

### P

**Pa** - 1:9, 1:20, 1:23
**page** - 30:4, 38:9, 38:10, 46:5
**Pages** - 13:5
**pages** - 30:4
**paid** - 46:3, 46:5
**paper** - 33:3
**papers** - 28:12, 28:16, 28:18
**paperwork** - 24:17, 25:23, 37:8
**Pardon** - 28:17
**part** - 3:14, 14:17, 15:10, 22:22, 25:3, 42:13, 45:23, 45:25
**participation** - 4:2
**parties** - 17:4
**party** - 5:17
**pay** - 4:6, 4:9, 4:21, 11:14, 19:17, 26:6, 29:13, 29:15, 29:22, 29:23, 29:25, 45:11, 45:24, 46:2, 46:5
**paying** - 29:10
**pending** - 22:17
**Pennsylvania** - 1:1, 1:13, 1:14, 48:5, 48:13
**people** - 16:19, 20:24, 41:15
**per** - 46:5
**perfect** - 44:21
**perhaps** - 3:25
**period** - 14:2, 14:5, 25:22, 32:3
**permitted** - 6:4, 28:11
**person** - 15:3
**personally** - 20:14
**personnel** - 7:10
**persons** - 8:21
**pertaining** - 21:3, 21:10
**phone** - 2:23, 2:24
**phones** - 17:2
**photocopy** - 32:3
**piece** - 33:3
**Pittsburgh** - 1:23, 32:20
**place** - 10:21, 15:9
**Plaintiff** - 1:3, 1:16, 25:20, 25:24
**plaintiff** - 3:24, 4:6, 4:12, 4:14, 5:10, 25:19, 26:4
**Plaintiff's** - 42:8

plan - 3:18, 6:5
planning - 23:14, 38:24
play - 46:23
please - 27:19, 30:9
plenty - 38:11
plus - 38:8
point - 7:9, 10:10
Police - 10:15, 10:16, 12:25, 14:12, 14:19
police - 5:15, 6:13, 9:19, 9:20, 10:4, 11:25, 12:4, 13:1, 13:3, 13:15, 15:7, 17:2, 17:8, 18:12, 18:20, 18:24, 41:23
policies - 6:8, 7:17, 8:25, 9:11, 9:15, 10:3, 10:4, 11:12
policy - 6:5, 12:1, 12:3
Poplis - 46:1
possession - 32:13, 33:3, 33:11
possible - 35:22
postage - 34:4, 34:21
practice - 29:3
practices - 5:18
premature - 24:21, 26:14
presenting - 10:25
pretty - 13:9
price - 46:5
primarily - 23:17
prison - 4:14, 25:22, 26:3
Prisoner - 1:7
pro - 2:20, 26:11
Pro - 1:16
probably - 31:12, 38:12, 46:16
Probably - 39:4
problem - 14:25, 16:5, 38:13
procedure - 28:4, 30:14, 36:13
procedures - 7:18, 9:1, 9:11, 10:4, 12:11, 28:6, 28:8
proceed - 25:24, 26:4, 26:9
proceedings - 1:14
process - 32:7
produce - 12:16, 41:14
produced - 4:7
Production - 36:16, 42:9
production - 3:23, 22:1, 22:5, 27:8, 30:23
professional - 11:24
Professional - 48:12
property - 27:1, 27:2, 27:6, 28:7, 28:22, 28:25, 30:15, 30:17, 30:18, 33:19, 35:12, 35:20
prosecute - 11:5
Protection - 21:8
protection - 15:2, 20:21, 21:18
Protective - 3:20, 42:8
protective - 5:5, 5:8, 5:9, 14:8
prove - 16:8, 16:10
provide - 33:8, 33:10, 33:16, 34:18
provided - 26:5, 33:9
psychological - 6:15, 6:19, 6:23
Public - 1:13, 48:13
pulled - 32:14
pursuant - 36:13
pursue - 23:15
put - 32:15, 35:16, 35:17

**Q**

question - 18:22, 21:15, 37:16, 45:13
questions - 23:5, 28:16, 37:15, 38:9

quickly - 29:16
quotes - 26:7

**R**

R- 48:1
read - 25:15
really - 4:1
reason - 5:4, 13:11, 25:2
Rebecca- 1:21, 2:15
receive - 26:22, 39:11, 43:22
received - 6:23, 23:10, 23:13, 23:21, 24:25, 31:21, 32:18, 32:20, 33:21, 39:6
receiving - 41:5
recent - 24:20
recommendation - 3:13, 24:5, 25:20, 32:5, 43:12
recommended - 24:3
record - 2:4, 13:25, 26:13, 42:7, 43:10, 44:5
recorded - 14:1, 14:4
recording - 13:18
records - 6:14, 7:15, 10:23, 28:20, 31:20, 34:24
refile - 23:22
Reformation- 20:3
refused - 34:12
regard - 19:8, 23:17, 24:18, 31:25
regarding - 32:1, 42:8
regards - 15:17, 22:7, 36:24, 37:21
Registered- 48:12
regulations - 7:18
relate - 5:18, 6:19, 31:13, 45:10
related - 6:24
relates - 6:20
relating - 5:22
relationship - 8:8
relevance - 14:23
relevant - 9:17, 9:18, 12:6, 12:9, 16:4
religious - 19:24
Religious- 20:2
remember - 24:4, 24:16, 39:6
Remember- 25:1
Remembered- 1:12
rendered - 10:16
reopened - 24:10
repairing - 15:17
report - 3:13, 12:25, 13:1, 13:3, 13:4, 13:9, 13:15, 13:16, 25:20, 32:4, 33:12, 43:11
Reported- 1:24
reporter - 2:8
Reporter- 1:13, 48:4, 48:12
Reporting- 1:25
reports - 6:14
represent - 2:16
represents - 2:10
reprimands - 7:11
request - 4:13, 5:8, 28:8, 30:23, 31:15, 32:1, 32:6, 32:10, 33:18, 34:19, 35:3, 35:8, 36:2, 36:11, 41:11
Request- 36:16, 42:8
requested - 5:10, 5:12, 28:4, 33:6, 34:14, 34:20
requests - 3:24, 5:5, 22:2, 22:4, 27:8, 27:24, 28:8, 31:2
require - 11:22
requires - 7:12
resolved - 24:1, 24:4
respond - 28:2, 30:23, 32:25, 39:10, 40:25, 41:1, 41:2, 43:2

responds - 26:19
response - 32:4, 33:2, 36:25, 39:11, 43:11
responses - 23:20
restrain - 8:23
restraints - 10:6
result - 31:21
retain - 35:21
reversed - 23:15
review - 46:12
rid - 40:6
ridiculous - 30:6
Right- 8:1, 9:3, 24:7, 34:13, 34:23
right - 2:25, 3:11, 11:18, 11:19, 13:6, 18:11, 23:2, 25:13, 25:15, 29:25, 34:14, 36:7, 37:16, 39:7, 40:8, 42:15, 42:24, 43:4, 43:5, 43:9, 44:16, 44:20, 45:1, 46:7, 46:9, 46:15, 46:25, 47:2
Rights- 1:7
Road- 1:8
Room- 1:19
room - 2:3, 2:8, 2:19, 3:1, 4:16, 28:19, 28:25, 30:17, 37:18, 44:22
Ross- 1:21, 23:10
roughed - 5:14
round - 22:23, 40:5
routinely - 26:8
Rpr- 1:24
rule - 12:6, 16:1
ruled - 24:5
rules - 11:18, 28:1, 33:1
ruling - 22:9
running - 26:17

**S**

said - 10:23, 14:4, 17:18, 24:8, 24:20, 24:22, 24:23, 25:2, 30:19, 30:23, 33:15, 35:18, 39:20
Saint - 7:18, 7:21, 7:23, 8:8, 9:5, 9:15, 9:16, 9:24, 10:2, 10:3, 10:8, 10:15, 12:20
Sales - 14:12
same - 11:8, 20:17, 22:10, 25:6, 35:2, 41:5, 41:16, 42:4
samples - 5:14, 8:24
Sander - 2:9, 22:15, 22:17, 22:21, 42:11
satisfy - 36:16
saved - 14:2, 14:5, 14:6
Say - 39:19
say - 4:20, 16:21, 16:24, 27:13
saying - 9:13, 9:14, 10:9, 17:1, 17:14, 17:19, 18:6, 18:19, 33:7, 36:2, 37:1, 41:15
says - 13:10, 16:20, 18:2, 33:24, 34:8, 34:11, 36:11
Sci - 3:6, 3:7
se - 2:20, 26:11
Se - 1:16
search - 12:1, 12:15, 15:10, 15:22, 15:24, 17:4, 21:10, 23:8
searched - 12:18, 15:25, 16:8, 16:11, 16:12, 16:25, 21:11, 21:13
second - 7:17, 25:5
See - 21:10, 24:3, 45:15
see - 4:2, 4:25, 5:4, 6:7, 6:8, 8:7, 8:19, 10:9, 14:6, 17:9, 17:13, 20:19, 21:20, 24:12, 28:4, 28:11, 30:8, 30:14, 35:20, 36:1, 36:2, 37:6, 37:7, 37:8, 40:7, 46:13, 46:19

seems - 30:6
seizure - 23:8
send - 22:1, 22:4, 23:5, 29:24, 30:5, 30:21, 32:4, 32:5, 32:8, 33:13, 35:16, 35:18, 41:4, 45:17, 45:22, 46:2
sending - 41:11, 42:4
sent - 4:22, 9:5, 9:6, 22:11, 23:16, 24:17, 24:23, 27:3, 27:25, 28:1, 32:7, 32:23, 33:13, 33:15, 34:25, 35:3, 38:11, 39:3, 41:8
separate - 18:17, 22:25
separately - 25:1
served - 10:14
service - 6:13
Service - 12:1
services - 10:15
set - 27:24, 29:8, 40:21
Shawn - 1:6, 1:21, 2:16
she - 9:8, 29:13, 29:22, 31:1, 31:17, 33:6, 34:14, 36:9, 36:15, 40:2, 40:15, 40:16
She - 29:12, 31:9, 39:10
she's - 9:8, 29:20, 34:5, 39:16
sheet - 26:5, 26:10, 32:22
short - 45:18
shortly - 44:3
shot - 29:1, 37:20
should - 8:14, 8:17, 8:20, 25:13, 41:4, 42:2, 44:3
shouldn't - 46:6
show - 10:2, 10:18, 12:10, 16:22, 34:6
showing - 35:4
shows - 36:9
sign - 34:12
signature - 34:11
signed - 32:6
similar - 21:13, 22:1, 22:4
simply - 21:16
since - 44:22
sir - 43:21
sit - 28:15, 28:24, 37:18
Skindell - 1:6, 2:11, 3:21
slip - 32:6, 33:18, 33:20, 35:4, 35:8
Slyke - 1:6, 1:21, 2:17, 22:2, 22:7, 22:11, 22:13, 22:22, 31:7, 31:8
so - 3:19, 4:2, 4:20, 5:1, 5:20, 6:16, 7:13, 9:6, 10:6, 12:5, 12:8, 15:3, 18:3, 19:1, 21:25, 22:11, 25:6, 26:21, 28:22, 29:24, 30:17, 32:8, 38:12, 40:4, 40:5, 41:4, 43:14, 45:6, 45:21, 46:5
So - 3:24, 4:12, 5:1, 5:5, 8:3, 10:13, 13:7, 17:20, 19:22, 20:23, 26:15, 32:3, 37:3, 42:2, 42:23, 44:18, 46:23
solicitations - 19:12
solicitor's - 4:15
Solicitor's - 1:18
solve - 8:12
some - 5:3, 7:14, 8:14, 9:20, 10:19, 11:18, 14:2, 14:5, 18:24, 19:7, 20:15, 20:23, 21:3, 21:21, 23:5, 42:3, 44:18
Some - 29:20
something - 7:6, 11:16, 13:10, 13:14, 29:8, 31:9, 33:25
sometime - 41:5
Sometimes - 7:2, 36:20
somewhat - 9:19
Sonar - 1:8
soon - 26:19, 40:21
sorry - 24:19

7

sorts - 6:16, 8:24
sounds - 3:22
space - 38:11, 38:12
speak - 3:25, 27:15, 27:19
special - 30:20
Special - 1:6, 2:16, 22:22, 31:7, 31:8
specific - 13:14
specifically - 17:17, 18:13, 20:16, 35:5
specified - 42:13
spells - 8:8
square - 28:21
staff - 2:8, 36:2
standard - 31:12, 31:15
standing - 3:3
started - 38:1
State - 1:19
state - 26:13
stated - 24:15, 24:17
States - 1:1, 1:22, 2:16
states - 26:6
status - 36:14
statute - 19:20, 23:17, 23:19, 23:23, 23:25, 25:21, 26:14, 31:3, 31:4, 32:1, 40:1, 40:6, 42:20
stenographic - 48:7
still - 5:25, 14:6, 18:23, 19:2, 21:23, 22:16, 29:17, 35:20
stood - 22:7
Street - 1:19, 1:22
strongly - 47:3
stuff - 17:23, 35:11, 35:14, 42:4
subpoena - 14:20
substance - 23:24
substantial - 28:22
such - 5:19, 7:15, 8:10, 13:20, 13:21
suffering - 31:15
suggest - 45:15
Suite - 1:22
summary - 22:8, 22:10, 23:22
Summary - 3:16
summer - 3:18
superintendent - 37:1
supplied - 10:22
supply - 45:18
support - 23:7, 26:4, 31:14
suppose - 46:8
sure - 7:3, 7:10, 22:7, 32:9
Sure - 6:6, 37:10
Susan - 27:23
suspect - 31:2
suspects - 8:10, 20:8, 20:15, 20:17, 21:4, 21:7, 21:9, 21:11, 21:12

**T**

T- 48:1
tab - 4:17
table - 28:24, 30:16
take - 8:12, 23:22, 25:15, 28:13, 28:22, 38:12, 40:11, 40:15, 42:14, 43:25
taken - 1:13, 13:15, 17:2
takes - 28:9
talk - 4:5, 5:3, 14:23, 15:3, 30:9
talking - 17:25, 30:1, 32:22
tape - 46:20, 46:21
tapes - 46:17
taping - 12:13
tax - 39:11
telephone - 26:20
telephonic - 13:18, 14:10

tell - 2:2, 2:4, 2:13, 4:17, 28:6, 30:13, 32:13, 44:23, 45:14
telling - 40:9
tending - 41:12
terms - 10:25, 29:10
than - 4:1, 21:11
Thank- 37:9, 44:2, 46:25, 47:6, 47:7, 47:8
that - 3:12, 3:21, 3:23, 3:24, 4:5, 5:2, 5:4, 5:6, 5:9, 5:18, 6:4, 6:10, 6:12, 6:22, 6:25, 7:1, 7:7, 7:13, 7:22, 8:6, 8:8, 8:10, 8:13, 8:14, 8:16, 8:20, 8:22, 9:4, 9:17, 9:22, 10:2, 10:7, 10:13, 10:17, 10:18, 10:20, 11:5, 11:12, 11:16, 11:19, 11:22, 12:3, 12:5, 12:6, 12:16, 12:19, 12:21, 12:22, 13:4, 13:7, 13:8, 13:10, 13:12, 14:3, 14:6, 14:8, 14:13, 14:15, 14:18, 14:19, 14:21, 14:24, 15:2, 15:7, 15:19, 16:1, 16:3, 16:6, 16:7, 16:8, 16:9, 16:10, 16:24, 17:5, 17:6, 17:7, 17:10, 17:13, 17:22, 17:25, 18:4, 18:12, 18:14, 18:15, 18:16, 18:20, 18:23, 19:7, 19:13, 19:16, 19:17, 19:23, 20:1, 20:8, 20:15, 20:17, 20:24, 21:4, 21:11, 21:12, 21:13, 21:23, 22:8, 22:22, 22:23, 22:25, 23:7, 23:15, 24:3, 24:8, 24:9, 24:12, 24:13, 24:15, 24:16, 24:17, 24:22, 24:23, 24:24, 25:9, 25:10, 25:18, 25:25, 26:7, 26:16, 26:19, 26:21, 26:22, 26:25, 28:2, 28:3, 28:4, 28:20, 29:2, 29:3, 29:9, 29:11, 29:12, 30:12, 30:16, 30:18, 30:19, 30:22, 31:5, 31:13, 31:14, 31:15, 31:16, 31:17, 31:19, 31:21, 32:6, 32:11, 32:14, 32:21, 32:22, 33:7, 33:23, 34:5, 34:6, 34:8, 34:14, 34:15, 34:18, 35:1, 35:4, 35:7, 35:9, 35:17, 35:21, 36:1, 36:16, 36:17, 36:18, 36:21, 36:22, 36:24, 36:25, 37:4, 37:5, 37:9, 37:18, 38:1, 38:12, 38:13, 38:22, 38:23, 39:17, 39:18, 39:19, 39:21, 40:12, 40:21, 41:5, 41:13, 41:14, 41:23, 42:2, 42:4, 43:2, 43:14, 43:23, 44:4, 44:20, 44:22, 45:17, 45:23, 46:4, 46:18, 48:5
That- 1:12, 8:12, 8:20, 11:22, 15:18, 15:21, 36:6, 36:9, 36:23, 38:17, 40:22, 42:7, 42:14, 44:23, 45:25, 46:7
That's- 6:2, 9:10, 11:17, 11:21, 11:22, 14:14, 15:9, 16:4, 17:22, 18:16, 20:4, 20:5, 20:11, 20:19, 34:2, 34:5, 34:13, 34:24, 38:3, 39:1, 40:9, 42:24, 44:13, 45:13, 45:24
that's - 3:7, 4:11, 8:24, 9:11, 10:11, 12:7, 12:9, 14:25, 19:22, 20:2, 20:6, 24:2, 30:25, 31:15, 36:3, 36:15, 41:16, 43:24, 44:6
the - 1:12, 1:13, 1:14, 1:16, 1:17, 1:21, 2:2, 2:4, 2:8, 2:15, 3:1, 3:2, 3:5, 3:14, 3:17, 3:23, 4:6, 4:9, 4:12, 4:15, 4:16, 4:21, 4:25, 5:1, 5:8, 5:10, 5:13, 5:14, 5:16, 5:17, 5:22, 6:2, 6:4, 6:7, 6:16, 6:18, 7:4,

7:11, 7:17, 7:21, 7:22, 8:4, 8:8, 8:21, 8:22, 9:6, 9:10, 9:12, 9:14, 9:19, 9:20, 9:21, 9:25, 10:4, 10:11, 10:12, 10:16, 10:19, 10:20, 10:21, 10:22, 10:23, 11:4, 11:8, 11:9, 11:18, 12:4, 13:1, 13:11, 13:19, 14:11, 14:17, 14:18, 14:19, 14:20, 14:22, 14:23, 15:2, 15:3, 15:7, 15:9, 15:10, 15:19, 15:22, 16:4, 16:5, 16:7, 16:22, 17:1, 17:4, 17:7, 17:8, 17:11, 17:22, 17:25, 18:3, 18:10, 18:12, 18:16, 18:20, 18:23, 18:24, 19:2, 19:9, 19:18, 19:19, 19:20, 19:24, 19:25, 20:2, 20:14, 20:15, 20:16, 20:17, 20:21, 21:4, 21:6, 21:9, 21:10, 21:12, 21:16, 21:18, 21:23, 22:8, 22:9, 22:10, 22:22, 22:23, 22:24, 23:7, 23:17, 23:18, 23:19, 23:23, 23:24, 23:25, 24:3, 24:4, 24:10, 24:13, 24:15, 24:16, 24:17, 24:18, 24:19, 24:20, 24:23, 24:25, 25:2, 25:3, 25:4, 25:6, 25:19, 25:21, 25:22, 25:23, 25:25, 26:1, 26:2, 26:3, 26:5, 26:6, 26:9, 26:10, 26:12, 26:13, 26:16, 26:20, 26:21, 27:25, 28:1, 28:8, 28:20, 28:24, 29:11, 29:13, 29:14, 29:15, 29:20, 30:3, 30:4, 30:11, 30:14, 30:16, 30:21, 30:22, 30:23, 31:3, 31:4, 31:13, 31:21, 31:25, 32:1, 32:4, 32:5, 32:6, 32:7, 32:8, 32:10, 32:15, 32:17, 32:18, 32:20, 32:21, 32:23, 33:1, 33:7, 33:8, 33:9, 33:10, 33:14, 33:16, 33:18, 33:24, 34:5, 34:6, 34:7, 34:8, 34:9, 34:10, 34:13, 34:14, 34:22, 34:24, 35:1, 35:2, 35:4, 35:5, 35:17, 35:18, 36:3, 36:6, 36:13, 36:17, 36:18, 36:19, 36:21, 36:25, 37:1, 37:11, 37:14, 37:19, 37:21, 38:8, 38:9, 38:10, 38:15, 38:22, 39:4, 39:5, 39:8, 39:24, 40:1, 40:6, 40:20, 41:8, 41:16, 41:23, 42:4, 42:7, 42:10, 42:13, 42:20, 42:21, 42:25, 43:10, 43:11, 43:13, 43:25, 44:4, 44:14, 45:4, 45:20, 45:22, 45:23, 45:25, 46:2, 46:5, 46:10, 46:12, 46:14, 46:15, 46:20, 48:4, 48:5, 48:7
The- 1:1, 2:1, 2:13, 2:18, 2:22, 2:25, 3:4, 3:7, 3:10, 4:11, 5:24, 6:1, 6:5, 6:12, 6:21, 6:25, 7:2, 7:6, 7:17, 7:21, 7:25, 8:3, 8:12, 8:16, 8:19, 9:4, 9:10, 9:16, 9:22, 10:7, 10:11, 11:1, 11:9, 11:13, 11:17, 11:21, 12:3, 12:9, 12:17, 12:22, 13:1, 13:6, 13:16, 13:25, 14:4, 14:15, 14:18, 14:22, 14:23, 15:1, 15:12, 15:18, 15:23, 16:1, 16:4, 16:10, 16:15, 16:20, 16:24, 17:5, 17:9, 17:16, 17:18, 17:20, 17:22, 18:2, 18:7, 18:10, 18:18, 18:25, 19:4, 19:7, 19:15, 19:22, 20:1, 20:4, 20:6, 20:10, 20:13, 20:23, 21:1, 21:5, 21:14, 21:18, 21:22, 21:25, 22:4, 22:13, 22:16, 22:21, 23:2, 23:9, 23:11, 23:14, 24:2, 24:8,

24:13, 24:19, 25:4, 25:8, 25:12, 25:14, 25:17, 25:19, 26:24, 27:7, 27:10, 27:13, 27:15, 27:17, 27:19, 27:21, 27:23, 28:8, 28:11, 28:15, 28:18, 28:24, 29:4, 29:12, 29:17, 29:20, 30:2, 30:5, 30:8, 30:13, 31:2, 31:7, 31:16, 31:23, 32:12, 32:16, 32:25, 33:5, 33:11, 33:12, 33:13, 33:20, 33:24, 34:3, 34:10, 34:20, 35:7, 35:10, 35:13, 35:25, 36:1, 36:4, 36:5, 36:8, 36:11, 36:20, 36:22, 37:6, 37:10, 37:14, 37:18, 37:22, 37:24, 38:1, 38:4, 38:17, 38:19, 38:21, 39:2, 39:4, 39:7, 39:10, 39:13, 39:15, 39:20, 40:1, 40:4, 40:12, 40:16, 40:19, 40:23, 41:1, 41:3, 41:8, 41:9, 41:18, 41:25, 42:2, 42:7, 42:12, 42:20, 42:24, 43:1, 43:4, 43:6, 43:9, 43:13, 43:16, 43:19, 43:20, 43:21, 43:24, 44:3, 44:6, 44:9, 44:11, 44:13, 44:16, 44:18, 44:21, 45:1, 45:3, 45:7, 45:14, 45:20, 46:1, 46:10, 46:15, 46:19, 46:23, 47:2
Their- 20:13
their - 4:15, 4:22, 5:4, 10:2, 11:14, 12:10, 17:10, 20:11, 21:9
them - 4:17, 4:18, 4:19, 4:20, 4:22, 4:25, 5:20, 5:21, 7:10, 18:21, 22:23, 23:21, 28:5, 28:13, 29:21, 29:22, 29:24, 30:5, 30:7, 33:5, 37:16, 37:20, 38:9, 38:10, 39:3, 39:6
themselves - 2:4
Then- 16:20, 33:3, 35:3, 37:8, 39:10, 43:1
then - 2:3, 4:21, 4:22, 5:3, 14:7, 23:22, 24:4, 25:3, 26:7, 30:15, 30:18, 30:20, 31:24, 32:10, 39:14, 40:11, 44:15, 45:23, 46:20
there - 2:25, 3:10, 5:25, 8:4, 8:14, 8:17, 8:19, 9:1, 9:5, 10:19, 11:2, 12:17, 13:12, 13:14, 13:20, 13:22, 15:4, 15:6, 17:3, 20:10, 21:14, 24:8, 27:10, 27:11, 27:13, 28:15, 29:7, 30:16, 30:24, 32:10, 34:14, 35:8, 35:20, 37:20, 37:22, 38:4, 40:5, 45:15, 45:19, 45:22, 46:8, 46:20
There- 6:21, 15:1, 34:10
there's - 6:3, 6:9, 7:13, 8:7, 8:10, 10:8, 12:14, 16:5, 43:7, 45:16, 45:20
There's- 3:9, 21:25, 35:8
These- 11:1, 27:7
these - 4:3, 4:18, 4:20, 5:15, 5:22, 6:3, 6:7, 6:9, 7:15, 9:5, 9:7, 12:10, 21:7, 27:3, 27:8, 28:16, 28:18, 28:25, 29:5, 30:18, 33:2, 36:10, 36:20, 40:7, 41:15
They- 4:18, 27:9, 32:3, 34:25
they - 4:14, 4:16, 4:17, 4:19, 4:20, 4:21, 4:22, 5:4, 6:19, 6:23, 9:18, 9:25, 10:7, 10:20, 11:8, 11:12, 14:17, 15:8, 17:9, 19:16, 24:10, 26:15, 28:1, 30:19, 37:3, 37:19, 38:5, 39:2, 39:5, 40:7, 43:1, 45:21
they're - 6:18, 8:23, 11:13, 14:6, 40:9, 46:19

8

**They're** - 14:16, 17:9, 17:11
**they've** - 6:10
**thick** - 13:9, 25:7
**thing** - 6:2, 16:20, 20:17, 22:10, 31:22, 43:7, 45:9
**things** - 4:3, 4:21, 6:16, 6:17, 6:24, 7:12, 8:24, 8:25, 9:5, 10:12, 13:20, 13:21, 18:17, 28:25, 29:5, 31:17, 31:18, 31:23, 33:2, 36:20
**think** - 3:24, 5:21, 6:8, 6:12, 6:17, 6:18, 7:10, 7:11, 9:9, 9:11, 9:23, 10:13, 12:3, 12:6, 12:8, 12:16, 12:17, 15:23, 20:2, 21:18, 36:25, 37:23, 41:12, 41:13, 41:16, 41:18, 44:6, 44:18
**thinking** - 7:6
**this** - 2:5, 2:14, 2:20, 3:12, 3:16, 3:18, 7:9, 9:17, 10:22, 12:12, 13:11, 15:5, 16:7, 17:24, 21:2, 22:9, 22:12, 25:21, 26:4, 26:11, 26:14, 29:5, 33:8, 34:21, 35:5, 35:10, 35:14, 37:3, 38:4, 41:1, 41:15, 42:18, 42:22, 44:14, 44:21, 45:7
**This** - 2:6, 16:22, 17:24, 24:19, 24:20, 33:21, 36:12, 38:4
**those** - 6:15, 6:16, 8:24, 8:25, 13:25, 18:19, 20:23, 20:24, 28:16, 31:23, 33:4, 38:5, 45:11
**though** - 26:22
**thought** - 6:1
**three** - 17:2, 17:4, 17:12, 17:18, 17:19
**three-way** - 17:12, 17:18, 17:19
**through** - 4:17, 4:25, 5:11, 17:7, 20:17, 20:18, 33:18, 35:12, 35:19, 41:3
**tied** - 29:4
**tightened** - 8:20
**time** - 9:6, 14:2, 14:5, 15:5, 22:18, 26:14, 26:17, 30:17, 32:17, 34:20, 37:2, 37:3, 38:2, 38:22, 41:23, 44:18, 44:21, 45:7, 46:4
**to** - 2:2, 2:3, 2:4, 2:14, 3:8, 3:12, 3:15, 3:16, 3:18, 3:19, 3:23, 3:24, 3:25, 4:2, 4:4, 4:5, 4:6, 4:7, 4:9, 4:15, 4:18, 4:22, 4:25, 5:1, 5:3, 5:6, 5:7, 5:8, 5:10, 5:12, 5:18, 5:19, 5:22, 6:3, 6:7, 6:10, 6:18, 6:20, 6:22, 7:3, 8:3, 8:7, 8:19, 8:23, 8:25, 9:18, 10:2, 10:12, 10:16, 10:18, 10:22, 11:5, 11:11, 11:13, 11:14, 11:17, 11:18, 11:21, 12:9, 13:4, 13:12, 13:19, 14:12, 14:20, 14:23, 15:2, 15:3, 15:7, 15:14, 15:16, 15:17, 15:18, 15:19, 15:21, 15:23, 16:1, 16:4, 16:21, 16:22, 17:3, 17:9, 17:10, 17:22, 18:1, 18:4, 18:10, 18:13, 18:14, 18:19, 19:1, 19:5, 19:11, 19:13, 19:16, 19:17, 20:7, 20:19, 21:3, 21:11, 21:13, 21:16, 21:25, 22:2, 22:5, 22:8, 22:10, 22:11, 22:12, 22:14, 22:21, 22:22, 23:7, 23:14, 23:17, 23:20, 23:21, 23:22, 24:3, 24:9, 24:10, 24:17, 24:18, 24:23, 24:24, 25:19, 25:20, 25:21, 25:23, 25:24, 26:3, 26:5, 26:6, 26:9, 26:11, 26:15, 26:19, 26:22, 27:5, 27:6, 27:7, 27:15, 27:19, 27:25, 28:1, 28:2, 28:3, 28:4, 28:8, 28:11, 28:22, 28:23, 29:2, 29:4, 29:5, 29:19, 29:21, 29:22, 29:23, 30:6, 30:9, 30:14, 30:22, 30:23, 30:25, 31:3, 31:13, 31:17, 31:18, 31:25, 32:3, 32:4, 32:5, 32:7, 32:8, 32:13, 32:18, 32:19, 32:23, 32:25, 33:2, 33:8, 33:9, 33:10, 33:16, 33:17, 33:18, 34:1, 34:3, 34:6, 34:12, 34:18, 34:21, 34:25, 35:4, 35:12, 35:17, 35:18, 35:19, 35:20, 35:21, 35:22, 36:2, 36:6, 36:10, 36:11, 36:12, 36:13, 36:19, 36:24, 37:2, 37:11, 37:14, 37:15, 37:21, 38:2, 38:7, 38:9, 38:10, 38:13, 38:18, 38:20, 38:24, 38:25, 39:10, 39:11, 39:16, 39:21, 40:3, 40:4, 40:5, 40:11, 40:15, 40:23, 40:25, 41:1, 41:2, 41:4, 41:6, 41:8, 41:10, 41:12, 41:13, 41:16, 41:18, 42:4, 42:16, 42:17, 42:21, 43:2, 43:8, 43:11, 43:25, 44:1, 44:4, 44:14, 44:18, 44:20, 45:10, 45:11, 45:17, 45:24, 46:2, 46:3, 46:12, 46:14, 46:19, 46:21, 46:23, 47:3, 47:5
**To** - 21:20, 40:25, 41:1, 41:2
**today** - 3:21, 39:9, 41:3
**together** - 41:15
**told** - 26:20, 28:2, 38:5, 40:16
**ton** - 45:20
**too** - 2:12, 12:6, 29:12, 36:9, 36:15, 38:15, 39:23, 45:16
**took** - 15:9
**tough** - 11:17
**track** - 22:1
**transcript** - 17:8, 48:6
**transcription** - 13:18
**Transcripts** - 46:17
**transpired** - 18:15
**treated** - 21:20, 22:14, 22:15
**treatment** - 6:19, 6:22, 6:24, 21:9, 31:20
**treatments** - 6:15
**trial** - 5:12, 9:24, 10:9, 10:23, 11:18, 13:2, 40:6, 46:4
**tried** - 3:18
**Trigilio** - 1:13, 1:24, 48:4, 48:12
**true** - 48:6
**Try** - 18:7
**try** - 3:16, 18:9, 26:15
**trying** - 12:9, 15:23, 21:16, 22:21, 40:5
**turn** - 3:24, 5:7, 15:8
**Two** - 18:16
**two** - 3:17, 7:11, 7:12, 9:21, 10:20, 17:24, 23:17, 28:25, 37:19
**type** - 31:15, 31:21, 38:13
**typewriter** - 38:18, 38:19

**U**

**unable** - 26:6
**under** - 11:18, 16:15, 16:16, 16:17, 16:18, 20:21, 28:1
**Under** - 33:1
**underlying** - 15:18
**undermine** - 21:16
**understand** - 4:5, 5:13, 9:12, 10:10, 18:6, 23:2, 26:19, 38:8, 38:14, 40:12, 41:22
**undeveloped** - 26:13
**union** - 7:11
**unit** - 3:2, 3:5, 38:5
**Unit** - 27:16
**United** - 1:1, 1:22, 2:15
**unless** - 7:14
**Unless** - 46:10
**unlikely** - 12:22
**until** - 22:9, 34:23, 40:10, 40:24, 42:17, 43:1, 43:2
**up** - 5:14, 8:20, 11:20, 22:23, 29:8, 32:13, 35:25, 38:12, 40:21
**upon** - 10:15
**urge** - 47:3
**Us** - 27:25, 29:4, 29:14
**us** - 29:19, 29:24, 40:16, 45:17
**use** - 9:22, 9:23, 10:5, 10:20, 11:5, 11:17, 12:1, 12:5
**used** - 31:6, 32:22
**usually** - 28:9

**V**

**valid** - 14:9
**van** - 2:17
**Van** - 1:6, 1:21, 22:2, 22:6, 22:11, 22:13, 22:22, 31:7, 31:8
**vehicle** - 15:11, 15:17, 15:22, 15:24, 15:25, 16:8, 16:11, 16:12
**versus** - 2:7
**very** - 5:13, 11:17
**videotape** - 12:14, 12:17
**videotaping** - 12:13
**Villella** - 1:18, 2:10, 2:12, 5:7, 5:11, 5:25, 6:2, 6:6, 6:18, 6:23, 7:4, 7:9, 8:1, 8:6, 8:18, 9:3, 9:9, 10:21, 11:16, 11:25, 12:8, 12:14, 12:25, 13:9, 13:22, 14:1, 14:14, 14:25, 18:22, 19:5, 19:9, 19:12, 20:8, 20:19, 21:15, 21:20, 22:25, 23:4, 23:5, 39:16, 39:20, 39:23, 40:9, 40:23, 40:25, 41:10, 41:12, 42:4, 43:15, 45:5, 45:6, 45:10, 45:15, 45:18, 46:9, 46:21
**Villella's** - 7:2
**Vincent** - 7:19, 7:22, 7:23, 8:9, 9:5, 9:15, 9:16, 9:24, 10:2, 10:3, 10:8, 10:15, 12:20
**violated** - 12:10, 18:24
**violation** - 19:19, 20:22
**voice** - 7:2
**Vs** - 1:4

**W**

**want** - 3:19, 4:17, 4:20, 5:5, 7:3, 11:13, 14:7, 16:13, 16:14, 16:22, 18:10, 18:14, 18:16, 19:12, 19:16, 20:19, 24:10, 45:10, 46:10
**wanted** - 3:8, 4:2, 20:16, 28:20, 40:15, 44:4
**wants** - 29:13
**warrants** - 12:2
**was** - 3:21, 5:13, 6:1, 7:22, 9:6, 9:7, 9:8, 10:19, 12:17, 13:4, 13:5, 13:15, 13:23, 15:6, 15:7, 17:2, 17:3, 17:6, 18:1, 19:18, 19:19, 19:20, 20:16, 20:20, 21:6, 21:20, 22:10, 22:13, 22:21, 22:22, 22:24, 23:1, 23:7, 23:20, 23:21, 24:17, 24:20, 24:21, 25:11, 26:1, 30:12, 30:14, 30:16, 31:6, 32:2, 32:6, 32:7, 32:20, 34:8, 34:21, 34:22, 35:1, 36:6, 36:10, 37:2, 39:8, 43:16, 43:19, 43:20, 47:10
**wasn't** - 22:7, 22:15, 24:8, 24:19
**way** - 7:14, 16:7, 17:12, 17:18, 17:19, 17:22, 18:24, 24:17, 24:23, 30:16, 34:15, 38:22, 44:15
**We** - 3:12, 8:25, 11:25, 13:13, 23:5, 26:24, 28:7, 29:2, 29:8, 30:3, 30:8, 32:14, 32:21
**we** - 3:16, 3:19, 3:24, 4:1, 4:2, 5:3, 7:14, 10:11, 10:12, 12:16, 13:10, 17:22, 22:7, 22:23, 26:22, 29:15, 29:25, 30:1, 30:4, 30:19, 30:20, 38:25, 41:3, 42:9, 42:16, 46:17, 46:21
**We'll** - 30:8
**we'll** - 12:15, 13:13, 25:8, 39:17, 46:21
**We're** - 25:4, 25:12, 25:14, 29:23, 42:21, 47:6
**we're** - 37:12
**week** - 23:21, 35:23, 41:5, 42:4, 43:25
**weekend** - 22:12
**weeks** - 28:1
**Well** - 10:18, 13:16, 43:24
**well** - 11:2, 13:17, 18:16, 23:18, 23:23, 36:18, 40:24, 41:1
**Wells** - 15:14
**Wellsby** - 1:8, 2:10, 3:25, 13:20, 13:23, 14:9, 15:6, 15:9, 15:10, 15:25, 16:10, 16:11, 16:25, 17:3, 17:6, 17:16, 18:1, 18:4, 18:13, 18:15, 18:20, 18:22, 18:25, 19:1, 19:3, 19:7, 39:23, 40:5, 41:20, 41:21, 45:7, 45:8, 47:2
**went** - 13:3, 20:17, 32:19, 34:8, 41:3
**were** - 1:14, 4:2, 4:13, 6:8, 10:20, 11:6, 12:18, 13:5, 14:17, 14:19, 14:20, 14:22, 15:7, 18:14, 20:9, 20:15, 21:4, 21:11, 21:12, 21:13, 24:23, 26:21, 27:9, 28:1, 32:19, 39:5
**Western** - 1:1
**What** - 2:1, 7:21, 10:24, 19:13, 21:11, 28:4, 33:20, 34:8, 34:10
**what** - 3:7, 4:25, 5:4, 6:7, 7:18, 8:3, 8:19, 9:12, 10:9, 10:11, 10:23, 11:3, 11:12, 12:20, 13:13, 13:23, 15:4, 16:21, 17:12, 17:13, 18:6, 20:1, 20:16, 20:24, 21:1, 21:6, 21:8, 23:3, 23:6, 24:2, 25:10, 30:13, 30:14, 32:14, 32:23, 36:15, 37:9, 40:9, 40:12, 41:2, 41:4, 44:21, 45:3, 45:14, 46:13
**what's** - 10:16, 33:23, 34:7, 42:9
**What's** - 19:15, 42:25
**whatever** - 33:5, 42:23, 46:23
**Whatever** - 38:14
**when** - 4:13, 13:3, 13:24, 32:2, 34:24
**When** - 39:2
**Where** - 3:4
**where** - 2:5, 4:2, 11:13, 15:10, 22:7, 33:25, 34:11
**whether** - 5:13, 8:16, 12:10, 21:16

which - 3:14, 5:19, 7:10, 10:4, 19:9, 19:19, 19:20, 23:15, 25:25, 26:1, 26:6, 28:21, 37:15
 while - 9:8
 whittle - 5:3
 who - 2:2, 2:4, 2:10, 2:14, 8:21, 27:10, 27:11, 28:7, 38:4
 Who - 14:12, 27:10
 whole - 24:25
 whom - 13:24
 Why - 11:9, 16:3, 26:24, 38:21
 why - 41:22
 will - 5:3, 5:7, 8:16, 25:9, 30:22, 36:23, 36:24, 37:4, 37:13, 42:14, 43:2, 43:25, 44:11, 44:12, 44:23, 45:17, 45:25, 46:7
 wish - 5:2
 with - 2:18, 2:25, 3:2, 3:23, 8:22, 9:19, 9:20, 10:4, 13:23, 15:12, 15:15, 15:16, 15:17, 15:18, 15:19, 15:21, 16:5, 16:21, 17:5, 17:6, 17:12, 17:15, 18:13, 18:21, 19:13, 22:11, 23:17, 24:5, 24:18, 26:15, 28:16, 28:18, 30:18, 35:8, 36:18, 37:19, 38:4, 40:14, 41:22, 42:5, 45:18, 45:23
 within - 25:21, 35:23
 without - 26:9, 26:12, 29:5
 witness - 34:11
 won't - 37:11
 words - 25:9
 work - 6:24, 15:12, 28:15, 28:16, 28:18, 28:25, 29:11, 30:18, 37:18, 46:7
 working - 37:12
 works - 4:13, 4:14
 worth - 46:15
 would - 2:3, 2:13, 4:14, 4:15, 4:16, 4:17, 4:20, 4:21, 4:22, 5:1, 5:9, 7:7, 8:3, 8:21, 8:22, 9:18, 9:21, 9:22, 9:23, 12:20, 13:23, 14:1, 16:24, 18:20, 24:4, 24:23, 24:24, 25:24, 29:11, 29:12, 29:15, 29:21, 29:24, 29:25, 30:21, 32:11, 35:21, 36:15, 36:16, 36:17, 37:16, 38:7, 38:9, 38:10, 38:12, 38:16, 39:23, 40:22, 41:14, 46:12, 46:13
 Would - 12:12, 28:11, 29:13
 wouldn't - 4:18, 9:21, 38:13
 write - 33:3, 38:15
 writing - 12:1, 38:15
 written - 33:23
 wrong - 16:21, 16:23

## Y

 Yeah - 14:25, 16:18, 20:6, 29:18, 44:20, 45:20
 year - 18:3
 years - 3:17, 7:11, 7:13
 yes - 25:18, 29:3, 30:19
 Yes - 4:11, 7:1, 7:24, 8:2, 9:16, 17:17, 18:2, 18:25, 20:7, 21:22, 21:24, 24:22, 27:14, 27:16, 27:22, 28:13, 29:20, 30:10, 32:24, 33:24, 36:5, 36:8, 36:15, 36:24, 37:17, 37:22, 39:13, 40:12, 42:1, 42:6, 43:21, 44:17, 45:2
 yet - 22:7
 You - 8:12, 9:23, 9:24, 10:9, 10:23, 11:13, 14:6, 15:12, 16:10, 16:24, 18:6, 19:4, 19:5, 19:12, 19:16, 19:17, 19:23, 20:13, 21:1, 27:13, 31:16, 31:18, 31:19, 33:4, 33:13, 35:10, 35:25, 37:14, 37:15, 38:1, 38:11, 38:15, 44:3, 44:21, 45:3, 46:2
 you - 2:2, 2:5, 2:18, 2:22, 3:1, 3:4, 4:2, 4:5, 4:6, 4:7, 4:11, 4:13, 4:24, 4:25, 5:1, 5:2, 5:6, 6:17, 6:25, 7:3, 7:7, 8:3, 8:16, 9:5, 9:6, 9:11, 9:12, 9:22, 9:23, 10:7, 10:21, 10:22, 10:24, 11:3, 11:5, 11:9, 11:14, 11:16, 11:18, 12:4, 12:5, 12:16, 12:17, 12:18, 13:1, 13:12, 13:17, 13:20, 13:25, 14:7, 14:20, 14:23, 15:4, 15:13, 16:11, 17:5, 17:13, 17:18, 19:17, 19:23, 19:24, 20:10, 20:13, 20:19, 20:23, 20:24, 21:1, 21:14, 22:1, 22:4, 23:3, 23:9, 23:14, 24:4, 25:1, 25:2, 25:10, 26:6, 26:20, 26:24, 27:13, 28:6, 29:13, 29:19, 29:21, 29:24, 29:25, 30:2, 30:7, 30:13, 30:14, 30:15, 30:16, 30:18, 30:22, 31:16, 31:19, 31:23, 32:12, 32:13, 32:18, 32:19, 32:22, 32:23, 32:25, 33:1, 33:2, 33:3, 33:15, 33:23, 33:25, 34:17, 34:18, 34:20, 35:3, 35:13, 35:21, 36:22, 37:2, 37:9, 37:10, 37:16, 37:18, 37:19, 38:2, 38:4, 38:8, 38:10, 38:16, 38:18, 38:21, 39:10, 40:12, 40:20, 40:23, 41:4, 41:8, 41:10, 41:13, 41:16, 41:18, 41:25, 42:2, 42:4, 42:5, 42:17, 43:2, 43:25, 44:1, 44:2, 44:18, 44:19, 44:23, 45:14, 45:21, 45:22, 45:24, 46:1, 46:4, 46:10, 46:20, 46:24, 46:25, 47:3, 47:4, 47:6, 47:7, 47:8
 you'll - 11:5, 17:12, 46:23
 you're - 4:12, 13:12, 16:20, 17:12, 18:19, 36:1, 41:13, 41:15, 44:22, 44:23, 45:3
 You're - 9:14, 16:8
 you've - 41:9
 Your - 14:16, 16:3, 16:18, 20:14, 20:25, 23:25, 26:18, 27:9, 29:10, 31:25, 35:15, 37:9, 39:18, 40:10, 43:7, 44:8, 45:9, 46:25, 47:7, 47:8
 your - 4:1, 5:5, 10:10, 10:16, 10:25, 11:3, 11:4, 12:14, 12:15, 13:2, 15:18, 15:24, 16:11, 16:12, 18:18, 27:10, 28:4, 30:14, 30:18, 31:14, 32:4, 32:12, 33:3, 33:11, 34:22, 38:14, 42:4, 44:22, 46:3

10