IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC LYONS,
  Appellant

v.

LT. JOSEPH EMERICK; CAPT. JAMES SKINDELL; DET. G. MCSHANE, DET. T. MCLAUGHLIN; OFFCR. DIBELLO; AGENT SHAWN VAN SLYKE; GEORGE WELLSBY; and CATHY LEOPOLD;
  Appellees

SCANNED

C.A. No. 03-75 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## NOTICE OF APPEAL

AND NOW, Comes the Appellant in the above matter and files this Notice of Appeal Pursuant to Federal Rules Appellate Procedure and following the Memorandum Order of November 15, 2005, by the Court closing this case. This matter is now ripe for appeal before the United States Court of Appeals for the Third Circuit of Pennsylvania for which purpous this Notice serves.

Respectfully Submitted,

*Eric Jetson Lyons*
Eric J. Lyons
50 Overlook Dr., EX1127
LaBelle, PA 15450

December 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC LYONS,
   Appellant

v.

LT. JOSEPH EMERICK; CAPT. JAMES SKINDELL; DET. G. MCSHANE; DET. T. MCLAUGHLIN; OFCR. DIBELLO; AGENT SHAWN VAN SLYKE; GEORGE WELLSBY; and CATHY LEOPOLD;
   Appellees

C.A. No. 03-75 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the within Notice of Appeal upon the following via First Class mail on December 12, 2005:

Ms. Megan Farrell, Esq.
700 Grant St., Ste. 4000
Pittsburgh, PA 15219

Mr. Gerald Villella, Esq.
900 State St., Ste. 310
Erie, PA 16501

Mr. Bryan Fife, Esq.
2222 West Grandview Blvd.
Erie, PA 16506

Mr. George Wellsby
1177 East Gore Rd.
Erie, PA 16504

Eric J. Lyons
50 Overlook Dr., EX1127
LaBelle, PA 15450

December 12, 2005
Clerk of Courts
P.O. Box 1820
Erie PA 16507

In Re: Lyons v. Emerick, et al.,
C.A. No. 03-75 Erie

Dear Clerk:

Please find enclosed the Notice of Appeal to be Presented before the Appellate Court for Consideration and Process in the above captioned matter. All Parties of record have been duly Served accordingly.

Thank You for Your attention.

very truly Yours,

*E. Jetson Lyons*
Eric J. Lyons
50 Overlook Dr., EX1127
LaBelle, PA 15450

C: All Party of record