Eric Lyons   # EX1127
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

**RECEIVED**

JAN 13 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Certificate of mailing

16507+0820-20 B007
INMATE MAIL - DEPARTMENT O CORRECTIONS

INMATE MAIL
DEPT. OF CORRECTIONS

Clerk of Courts
U.S. District Courts
P.O. Box 1820
Erie, PA 16507

$00.39   JAN 11 2006
MAILED FROM ZIP CODE 15450