UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: January 13, 2006

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

         IN RE: <u>Lyons v. Emerick, et al</u>
         WESTERN DIST. OF PA NO. <u>1:03-cv-75</u>
         U.S.C.A. NO.

Dear Ms. Waldron:

    Enclosed please find:

| | |
|---|---|
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| <u>XX</u> | Actual Record with one certified copy and one uncertified copy of the docket entries. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Debra L. Mayo
    Debra L. Mayo
    Deputy Clerk

**RECEIVED**
**JAN 2 3 2006**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Enclosures
RECEIPT ACKNOWLEDGED BY: /s/ Dana Moore  DATE 1-17-06