UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-1158
_____

ERIC LYONS,

Appellant

v.

LT. JOSEPH EMERICK; CAPT. JAMES SKINDELL;
DET. G. MCSHANE; SPECIAL AGENT SHAWN VAN SLYKE;
OFFICER J. DIBELLO; L.P.N. CATHY LEOPOLD;
BUSINESS OWNER GEORGE WELLSBY The Car Corner;
OFFICER MCLAUGHLIN

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00075)
District Judge: Honorable Sean L. McLaughlin

_____

Submitted For Possible Summary Action
Under Third Circuit L.A.R. 27.4 and I.O.P. 10.6
June 22, 2006

Before:   FUENTES, VAN ANTWERPEN AND CHAGARES, CIRCUIT JUDGES

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6.  On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District

Court entered November 15, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

                                  ATTEST:

                                  /s/ Marcia M. Waldron
                                   Clerk

DATED: July 7, 2006