UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-1158

ERIC LYONS,

Appellant

v.

LT. JOSEPH EMERICK; CAPT. JAMES SKINDELL;
DET. G. MCSHANE; SPECIAL AGENT SHAWN VAN SLYKE;
OFFICER J. DIBELLO; L.P.N. CATHY LEOPOLD;
BUSINESS OWNER GEORGE WELLSBY The Car Corner;
OFFICER MCLAUGHLIN

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00075)
District Judge: Honorable Sean L. McLaughlin

Submitted For Possible Summary Action
Under Third Circuit L.A.R. 27.4 and I.O.P. 10.6
June 22, 2006

Before: FUENTES, VAN ANTWERPEN AND CHAGARES, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered November 15, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu of a formal mandate on 8/28/06

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit

DATED: July 7, 2006